IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION EXTENDING
### FILING DEADLINE FOR DEFENDANT'S RESPONSE TO COMPLAINT

Plaintiff, Oles Envelope, LLC, and Defendants, GTD Company, Inc., Harold Robinson and David Oechsle, by their undersigned counsel, hereby stipulate that the deadline for the filing of Defendants' response to Plaintiff's Complaint, which action was removed to this Court by Defendants on June 14, 2002, be extended through and until July 5, 2002.

_____  with permission
Ward B. Coe, III (#00282)
Pamela M. Conover (#22453)
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Plaintiff,
Oles Envelope, LLC

_____
Jefferson V. Wright (#00990)
Tessa Laspia Frederick (#25374)
Miles & Stockbridge P.C.
10 Light Street, Suite 1200
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendants,
GTD Company, Inc., Harold Robinson
and David Oechsle

**APPROVED:**

_____
Judge, United States District Court
for the District of Maryland