**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

FILED
DISTRICT COURT
MARYLAND

2002 JUL -9 P 12: 08

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STIPULATION EXTENDING**
**FILING DEADLINE FOR DEFENDANT'S RESPONSE TO COMPLAINT**

Plaintiff, Oles Envelope, LLC, and Defendants, GTD Company, Inc., Harold Robinson

and David Oechsle, by their undersigned counsel, hereby stipulate that the deadline for the

filing of Defendants' response to Plaintiff's Complaint, which action was removed to this Court

by Defendants on June 14, 2002, be extended through and until July 12, 2002.

_Ward Coe /TF with permission_           _Jefferson Frederick_

Ward B. Coe, III (#00282)                 Jefferson V. Wright (#00990)
Pamela M. Conover (#22453)                Tessa Laspia Frederick (#25374)
Whiteford, Taylor & Preston, L.L.P.       Miles & Stockbridge P.C.
Seven Saint Paul Street                   10 Light Street, Suite 1200
Baltimore, Maryland 21202                 Baltimore, Maryland 21202
(410) 347-8700                            (410) 727-6464

Attorneys for Plaintiff,                  Attorneys for Defendants,
Oles Envelope, LLC                        GTD Company, Inc., Harold Robinson
                                          and David Oechsle

**APPROVED:**

_____                Dated: _7/8/02_
Judge, United States District Court
for the District of Maryland