IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC | * | |
| Plaintiff | * | |
| v. | * | |
| GTD COMPANY, INC., et al., | * | Civil Action No. WMN 02-2017 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER MODIFYING PRETRIAL SCHEDULE

Upon review of the consent motion filed by Plaintiff, Oles Envelope, LLC to modify the deadlines in the Court's Scheduling Order of July 16, 2002 for good cause shown, IT IS HEREBY ORDERED THAT:

The remaining deadlines set forth in the Scheduling Order are postponed as follows:

Plaintiff's Rule 26(a)(2) disclosures re experts – Oct. 14, 2002

Defendants' Rule 26(a)(2) disclosures re experts – Nov. 15, 2002

Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts – Dec. 2, 2002

Rule 26(e)(2) supplementation of disclosures – December 4, 2002

Discovery deadline; Status Report – January 17, 2003

Requests for admission – January 17, 2003

Dispositive pretrial motions deadline – February 13, 2003

_____ 8/22/02
Judge, United States District Court