IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STIPULATION EXTENDING FILING DEADLINE FOR DEFENDANTS'
REPLY TO OPPOSITION TO MOTION FOR PROTECTIVE ORDER**

Plaintiff, Oles Envelope, LLC, and Defendants, GTD Company, Inc., Harold Robinson and David Oechsle, by their undersigned counsel, hereby stipulate that the deadline for the filing of Defendants' Reply to Plaintiff's Opposition to Motion for Protective Order be extended one day through and until October 7, 2002.

Respectfully submitted on October 7, 2002:

_____
Ward B. Coe, III (#00282) [with permission]
Jennifer Ryan Lazenby (#25886)
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Plaintiff,
Oles Envelope, LLC

_____
Jefferson V. Wright (#00990)
Tessa Laspia Frederick (#25374)
Miles & Stockbridge P.C.
10 Light Street, Suite 1200
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendants,
GTD Company, Inc., Harold Robinson
and David Oechsle

**APPROVED:**

_____
**Judge, United States District Court
for the District of Maryland**

Dated: 10/8/02