IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

* * * * * * *

| | |
|---|---|
| GTD COMPANY, INC., HAROLD ROBINSON and DAVID OECHSLE, | * |
| Counterclaim Plaintiffs, | * |
| v. | * |
| OLES ENVELOPE, LLC, | * |
| and | * |
| OLES ENVELOPE CORPORATION, | * |
| Counterclaim Defendants. | * |

* * * * * * * * * * * * *

### ORDER

Upon consideration of Defendants, GTD Company, Inc., Harold Robinson and David Oechsle's Consent Motion for Leave to File Counterclaim, it is this 30th day of October, 2002, hereby

ORDERED, that Consent Motion for Leave to File Counterclaim is GRANTED.

_____
The Honorable William M. Nickerson