IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, et al. | * | |
| Plaintiffs/Counter-Defendants | * | |
| v. | * | |
| GTD COMPANY, INC., et al., | * | Civil Action No. WMN 02-2017 |
| Defendants/Counter-Plaintiffs | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER MODIFYING PRETRIAL SCHEDULE**

Upon review of the Joint Motion to Modify Pretrial Schedule and for good cause shown, IT IS HEREBY ORDERED THAT:

The remaining deadlines set forth in the Scheduling Order are postponed as follows:

> Plaintiff's Rule 26(a)(2) disclosures re experts – December 16, 2002
>
> Defendants' Rule 26(a)(2) disclosures re experts – January 15, 2003
>
> Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts – February 14, 2003
>
> Discovery deadline; Status Report – March 24, 2003
>
> Requests for admission – March 24, 2003
>
> Dispositive pretrial motions deadline – April 21, 2003

_____ 12/10/02
The Honorable William M. Nickerson

Copies to:

Ward B. Coe, III, Bar No. 00282
Pamela M. Conover, Bar No. 22453
Jennifer Ryan Lazenby, Bar No. 25886
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland  21202

Jefferson V. Wright, Esquire
Tessa Laspia Frederick, Esquire
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland  21202

*268236*