IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OLES ENVELOPE, LLC,                :

v.                                 :   Civil Action No. WMN-02-2017

GTD COMPANY, INC., et al.          :

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 11th day of December, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendants Motion for Partial Dismissal, Paper No. 10, is granted in part and denied in part, in that the motion is granted as to any claim asserted against Defendant GTD Company, Inc. in Count III of the Complaint, but denied as to all other claims;

2. That Plaintiff's Motion for Leave to File First Amended Complaint, Paper No. 27, is GRANTED, and the First Amended Complaint is deemed filed as of the date of this Order; and

3. That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

William M. Nickerson
Senior United States District Judge