IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| OLES ENVELOPE, LLC, <u>et al.</u> | * |
| Plaintiffs/Counter-Defendants | * |
| v. | * |
| GTD COMPANY, INC., <u>et al.</u>, | *   Civil Action No. WMN 02-2017 |
| Defendants/Counter-Plaintiffs | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER MODIFYING PRETRIAL SCHEDULE

Upon review of the Joint Motion to Modify Pretrial Schedule and for good cause shown, IT IS HEREBY ORDERED THAT:

The remaining deadlines set forth in the Scheduling Order are postponed as follows:

  Discovery deadline; Status Report – May 16, 2003

  Requests for admission – May 16, 2003

  Dispositive pretrial motions deadline – June 13, 2003

  Response to dispositive pretrial motions – July 14, 2003

  Reply regarding dispositive pretrial motions – August 4, 2003

_____
United States District Judge, District of Maryland

Copies to:

Ward B. Coe, III, Bar No. 00282
Pamela M. Conover, Bar No. 22453
Jennifer Ryan Lazenby, Bar No. 25886
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland  21202

Jefferson V. Wright, Esquire
Tessa Laspia Frederick, Esquire
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland  21202

*268236v2*