IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on the 21st day of March 2003, I served the following documents by hand delivery, upon Ward B. Coe, III, Esquire and via first class mail, postage prepaid to Jennifer R. Lazenby, Esquire, Whiteford, Taylor & Preston, L.L.P., Seven Saint Paul Street, Baltimore, Maryland 21202, Attorneys for Plaintiff, Oles Envelope, LLC:

1. ***Defendant, David Oechsle's First Set of Interrogatories to Plaintiff, Oles Envelope Corporation; and***

2. ***Defendant, David Oechsle's First Request for Production of Documents to Plaintiff, Oles Envelope Corporation.***

I will retain the original of these documents in my possession, without alterations, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

_____
Jefferson V. Wright (#00990)
Tessa Laspia Frederick (#25374)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Counsel for Defendants, GTD Company, Inc., Harold Robinson and David Oechsle