# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Joint Motion to Modify Scheduling Order, and for good cause shown, it is hereby

ORDERED, that the Scheduling Order is modified as follows:

    Discovery deadline; Status Report – June 20, 2003

    Requests for admission – June 20, 2003

    Dispositive pretrial motions deadline – July 21, 2003


Dated: _____       _____
                                                                                                                             The Honorable William M. Nickerson,
Judge, United States District Court for the
District of Maryland