UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

June 26, 2003

Ward B. Coe, III, Esq.
Jennifer Ryan Lazenby, Esq.
Jefferson V. Wright, Esq.
Tessa Laspia Frederick, Esq.

    Re:  Oles Envelope v. GTD Company, et al.
          Civil action No. WMN-02-2017

Dear Counsel:

    I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Wednesday, July 9, 2003, at 10:00 a.m.

    At that time, I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

                           Very truly yours,

                           /s/

                         William M. Nickerson
                         Senior United States District Judge

WMN:ce

cc:  Court File