IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the parties Joint Motion to Extend Summary Judgment Deadline, and for good cause shown, it is this ___ day of July 2003, hereby ORDERED that the Joint Motion to Extend Summary Judgment Deadline, be and hereby is GRANTED, and it is further ORDERED that the deadlines are now scheduled as follows:

   Dispositive pretrial motions deadline – August 8, 2003

   Oppositions deadline – September 5, 2003

   Reply deadline – September 22, 2003


Dated:_____            _____
                                        The Honorable William N. Nickerson
                                        Judge, United States District Court
                                        for the District of Maryland