# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits to Defendants, GTD Company, Inc., Harold T. Robinson and David Oechsle's, Memorandum in Support of Motion for Summary Judgment on Plaintiffs' Amended Complaint and for Summary Judgment on counts I, II and IV of Counterclaimant's Counterclaim or, in the Alternative, an Order Pursuant to Rule 56(d), exist only in paper format and are 15 pages or longer. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated:	August 8, 2003

                                              /s/
                                    Jefferson V. Wright (Federal Bar No. 00990)
                                    Tessa Laspia Frederick (Federal Bar No. 25374)
                                    Brian D. Craig (Federal Bar No. 25710)
                                    Miles & Stockbridge P.C.
                                    10 Light Street, Suite 1200
                                    Baltimore, Maryland 21202
                                    (410) 727-6464

                                    Attorneys for Defendants,
                                    GTD Company, Inc., Harold T. Robinson
                                    and David Oechsle

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of August 2003, I served the foregoing

**Notice of Filing of Lengthy Exhibits** was served via first class mail, postage prepaid, on:

> Ward B. Coe, III, Esquire
> Jennifer R. Lazenby, Esquire
> Whiteford, Taylor & Preston, L.L.P.
> Seven Saint Paul Street
> Baltimore, Maryland 21202
>
> Attorneys for Plaintiffs and CounterDefendants

_____
Jefferson V. Wright

::ODMA\PCDOCS\BALT01\749798\1