IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR HEARING

Defendants, GTD Company, Inc., Harold T. Robinson and David Oechsle ("Defendants"), by their undersigned attorneys, hereby request a hearing on Defendants' Motion for Summary Judgment on Plaintiffs' Amended Complaint and for Summary Judgment on Counts I, II and IV of Counterclaimants' Counterclaim or, in the Alternative, an Order Pursuant to Rule 56(d).

Respectfully submitted,

/s/
Jefferson V. Wright (Federal Bar No. 00990)
Tessa Laspia Frederick (Federal Bar No. 25374)
Brian D. Craig (Federal Bar No. 25710)
Miles & Stockbridge P.C.
10 Light Street, Suite 1200
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendants, GTD Company, Inc.,
Harold T. Robinson and David Oechsle

BALT01:749746v1|G3103-000000|8/8/2003

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the _____ day of August 2003, I served the foregoing **Request for Hearing** via first class mail, postage prepaid, on:

>Ward B. Coe, III, Esquire
>Jennifer R. Lazenby, Esquire
>Whiteford, Taylor & Preston, L.L.P.
>Seven Saint Paul Street
>Baltimore, Maryland 21202
>
>Attorneys for Plaintiffs

_____/s/_____
Jefferson V. Wright