**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Defendants GTD Company, Inc., Harold Robinson and David Oechsle's

Motion for Summary Judgment, and any opposition thereto, and for good cause shown, it is this ___ day

of _____ 2003, hereby

**ORDERED** that Defendants GTD Company, Inc., Harold T. Robinson and David Oechsle's

Motion for Summary Judgment be and is hereby GRANTED, and it is further

**ORDERED** that summary judgment be and the same is hereby entered on all claims in Plaintiffs'

Amended Complaint; and it is further

**ORDERED** that summary judgment be and the same is hereby entered in favor of Defendants

and Counterclaimants as to liability on Counts I, II and IV of their Counterclaim.


Dated:_____          _____
                                    Judge, United States District Court
                                    for the District of Maryland