**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

OLES ENVELOPE, LLC                              *

        **vs.**                              *              **Case No.** WMN 02-2017

GTD COMPANY, INC., et al.,                      *

                                        **\*\*\*\*\*\*\***

### NOTICE OF FILING OF LENGTHY APPENDIX

       Appendix Tabs 1 through 18, which is an attachment to Response to Defendants' Motion for Summary Judgment exists only in paper format and is 15 pages or longer.  It will be filed with the Clerk's Office in paper format.

       I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.


  September 5, 2003                           /s/                       
*Date*                                    *Signature*

                                    Ward B. Coe, III            00282  
                                    *Printed Name*              *Bar Number*

                                    Whiteford, Taylor & Preston L.L.P.    

                                    7 St. Paul Street - Suite 1400       
                                    *Street Address*

                                    Baltimore, Maryland 21202-1626     
                                    *City/State/Zip*

                                    410-347-8700        410-347-9420 
                                    *Phone No.*               *Fax No.*