IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STIPULATION EXTENDING FILING DEADLINE FOR DEFENDANTS'
REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Oles Envelope, LLC, and Defendants, GTD Company, Inc., Harold Robinson and David Oechsle, by their undersigned counsel, hereby stipulate that the deadline for the filing of Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment be extended through and until October 1, 2003.

Respectfully submitted on September 16, 2003:

| | |
|---|---|
| _____/S/_____ | _____/S/_____ |
| Ward B. Coe, III (#00282) | Jefferson V. Wright (#00990) |
| Pamela M. Conover (#22453) | Tessa Laspia Frederick (#25374) |
| Jennifer Ryan Lazenby (#25886) | Brian D. Craig (#25710) |
| Whiteford, Taylor & Preston, L.L.P. | Miles & Stockbridge P.C. |
| Seven Saint Paul Street | 10 Light Street, Suite 1200 |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| (410) 347-8700 | (410) 727-6464 |
| | |
| Attorneys for Plaintiff, | Attorneys for Defendants, |
| Oles Envelope, LLC | GTD Company, Inc., Harold Robinson and David Oechsle |

**APPROVED:**

Dated:_____

_____
**Judge, United States District Court
for the District of Maryland**