IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| OLES ENVELOPE, LLC, <u>et al.</u>, | * |
| Plaintiffs, | * |
| v. | *     Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., <u>et al.</u>, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ERRATA</u>**

Defendants, GTD Company, Inc., Harold Robinson and David Oechsle (collectively, the "Defendants"), filed a Reply Memorandum in Further Support of their Motion for Summary Judgment on October 1, 2003 (Docket No. 55). In the second paragraph on Page 14 of the Reply, Defendants stated: "Even prior to the departure of Robinson, Plaintiffs made the decision to place Vicki Robinson, Robby Robinson's daughter, in the position of Vice President and General Manager of Oles LLC, effective April 1, 2001." This was a typographical error. The sentence should read, "Even prior to the departure of Robinson, Plaintiffs made the decision to place Vicki Young, Jay Young's daughter, in the position of Vice President and General Manager of Oles LLC, effective April 1, 2001. Attached hereto is a corrected Page 14 of Defendants' Reply, which Defendants respectfully request be substituted for Page 14 of the Reply filed on October 1, 2003.

Dated: October 7, 2003                             /s/
                                                       Jefferson V. Wright (Federal Bar No. 00990)
                                                       Tessa Laspia Frederick (Federal Bar No. 25374)
                                                       Brian D. Craig (Federal Bar No. 25710)
                                                       Miles & Stockbridge P.C.
                                                       10 Light Street, Suite 1200
                                                       Baltimore, Maryland 21202
                                                       (410) 727-6464
                                                       Attorneys for Defendants and Counterclaimants