```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

OLES ENVELOPE, LLC,                :
                                   :
                                   :
v.                                 : Civil Action No. WMN-02-2017
                                   :
                                   :
GTD COMPANY, INC., et al.          :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 10th day of February, 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendants' Motion for Summary Judgment, Paper No. 49, is GRANTED in part and DENIED in part, in that, the motion is granted as to Count I (Rescission) the Amended Complaint, and denied as to all other relief sought; and

2. That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

/s/

William M. Nickerson
Senior United States District Judge