IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF CRIMINAL PROCEEDINGS RELATING TO DAVID OECHSLE**

Defendants and Counterclaimants, GTD Company, Inc., Harold T. Robinson and David Oechsle (collectively, the "Defendants"), by their undersigned counsel, file this Motion in Limine to Exclude Evidence of Criminal Proceedings Relating to David Oechsle.

Pursuant to Local Rule 105.1, Defendants submit herewith a Memorandum in Support of their Motion in Limine.

WHEREFORE, for the reasons more fully set forth in the accompanying Memorandum, Defendants, GTD Company, Inc., Harold T. Robinson and David Oechsle, respectfully request that the Court grant their Motion in Limine and issue an order:

A. Excluding any evidence, including documents, direct and cross examination questions and testimony of witnesses, relating to the fact that Mr. Oechsle was arrested and charged in connection with the embezzlement scheme at issue in this case and that the criminal matter was resolved by Mr. Oechsle's agreement to participate in an Accelerated Rehabilitative Disposition Program;

B. Prohibiting Defendants from referring during their opening statement and their closing arguments to the fact that Mr. Oechsle was arrested and the criminal matter was resolved by Mr. Oechsle's agreement to participate in an Accelerated Rehabilitative Disposition; and

C. Granting such other and further relief as justice and equity require.

Dated: March 16, 2004

          /s/
Jefferson V. Wright (Federal Bar No. 00990)
Tessa Laspia Frederick (Federal Bar No. 25374)
Brian D. Craig (Federal Bar No. 25710)
Miles & Stockbridge P.C.
10 Light Street, Suite 1200
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendants and Counterclaimants,
GTD Company, Inc., Harold T. Robinson
and David Oechsle

::ODMA\PCDOCS\BALT01\813023\1