HEH                                                                June 25, 2002

IN THE COURT OF COMMON PLEAS
COUNTY OF CHESTER

COMMONWEALTH OF PENNSYLVANIA           CRIMINAL ACTION NO. 2845-02
                                        OTN: H 513242-2

VS.

DAVID DONALD OECHSLE DEFENDANT

The District Attorney of Chester County, by this INFORMATION charges:

FIRST COUNT:
**THEFT BY DECEPTION**
That on or about OCTOBER 1999 THROUGH JANUARY 2001, the defendant above named in the County aforesaid and within the jurisdiction of this Court, did intentionally obtain or withhold property of another by deception by

(1) creating or reinforcing a false impression, including false impressions as to law, value, intention or other state of mind.

Value: $74,461.77

Citation: 18 Pa. C.S.A. Section 3922 (a) (1).

SECOND COUNT:
**RECEIVING STOLEN PROPERTY**
That on or about OCTOBER 1999 THROUGH JANUARY 2001 the defendant above named, in the County aforesaid and within the jurisdiction of this Court, did intentionally receive, retain, or dispose of movable property of another knowing that it had been stolen, or believing that it had probably been stolen, and the actor did not intend to restore the property to the owner.

Value: $74,461.77

Citation: 18 Pa. C.S.A., Section 3925 (a).

*All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania*

Joseph W Carroll
Attorney for the Commonwealth
BY:

Assistant District Attorney

EXHIBIT A

2845-02

THIRD COUNT:
### THEFT BY FAILURE TO MAKE REQUIRED DISPOSITION OF FUNDS RECEIVED

That on or about OCTOBER 1999 THROUGH JANUARY 2001 the defendant above named in the County aforesaid and within the jurisdiction of this Court, did obtain property upon agreement, or subject to a known legal obligation, to make specified payments or other disposition, whether from such property or its proceeds or from his own property to be reserved in equivalent amount, and intentionally dealt with the property obtained as his own and failed to make the required payment or disposition.

Value: $74,461.77

Citation: 18 Pa.C.S.A., Section 3927 (a).

*RECEIVED 2002 JUN 27 P 3:38 EASTERN STD TIME CLERK OF COURTS CHESTER CO. PA*

*All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania*

Joseph W Carroll
Attorney for the Commonwealth
BY:

Assistant District Attorney

# COMMONWEALTH OF PENNSYLVANIA

COUNTY OF __CHESTER__

To any authorized person: __OFF. P. OWEN__

In the name of the Commonwealth of Pennsylvania, you are commanded to take into custody
(Name): __DOB: 11/29/51 M WHITE__
__OECHSLE, DAVID DONALD__
(Address): __701 STEWARTS WAY__
__YARDLEY, PA 19067__

If the defendant be found in said Commonwealth, and bring the defendant before us at
(Address): __STANLEY SCOTT__
__35 E UWCHLAN AVE SUITE 322__
__P.O. BOX 501__
__LIONVILLE, PA 19353__

to answer the Commonwealth or __UWCHLAN TWP POLICE__
(Political Subdivision)

upon the complaint or citation of __OWEN, OFF. PHIL__
charging the defendant with __18 §3922 §§A1__
__THEFT BY DECEPTION__
and further to be dealt with according to law, and for such purposes this shall be your sufficient warrant.

Witness the hand and official seal of the issuing authority on this __17th__ day of __APRIL__, __2002__.

SEAL _____/s/ Scott_____
(Signature)

Magisterial District No.: __15-2-07__
Citation No.:
FILED: __4/17/02__
Docket No.: __CR-0000099-02__
OTN: __H 513242-2__

Amount required to satisfy sentence:
Fine: $
Costs: $
Other: $
Total: $

Amount needed to satisfy collateral: $

Reason for warrant: __FELONY__

COPY : SHERIFF/CONSTABLE

AOPC 417-99

## RETURN WHERE DEFENDANT IS FOUND

By authority of this warrant __4/23/02__,
☑ I took into custody the within named __DAVID OECHSLE__.
☐ He is now at liberty on bail posted before _____
☐ in the _____ jail.
☑ before you for disposition.
☐ I accepted a guilty plea and collected $_____ for fine and costs.
☐ I accepted a not guilty plea and collected $_____ for collateral.
☐ I accepted the fine and costs due in the amount of $_____

_____/s/ P. Owen_____
(Signature of Officer - Name & Title)

## RETURN WHERE DEFENDANT IS NOT FOUND

After careful search, I cannot find the within named defendant

_____
SIGNATURE

_____
NAME

_____
TITLE

# WARRANT OF ARREST

WARRANT CONTROL NO.: __0687469__

DOCKET NUMBER: __CR-0000099-02__

COMMONWEALTH OF PENNSYLVANIA
VS.
OECHSLE, DAVID DONA[LD]

OFFENSE DATE __1/01/0[0]__

CHARGE __18 §3922 §§A1__

I acknowledge that I am voluntarily and knowingly pleading guilty. I paid to the officer the fine and costs stated in the warrant in the amount of

$ _____

_____
(Defendant's Signature)

I acknowledge that I am voluntarily and knowingly pleading not guilty. I paid to the officer the collateral for my appearance at trial stated in the warrant in the amount of

$ _____

_____
(Defendant's Signature)

Officer's costs:
Warrant _____
Miles @ ¢ _____
Commitments _____
Miles @ ¢ _____
Conveying to hearing _____
Miles @ ¢ _____
Total _____