| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS |
| | : CHESTER COUNTY, PENNSYLVANIA |
| VS. | : CRIMINAL ACTION |
| DAVID D. OECHSLE | : CASE NO: 2845-02 |

### STIPULATION

WHEREAS, the defendant in the above-captioned matter has been charged with the offense(s) of #3922 - Theft by Deception, #3925 - Receiving Stolen Property, and #3927 - Failure to Make Required Disposition of Funds; and

WHEREAS, he/she has made application for inclusion in the Chester County ARD Program; and

WHEREAS, the defendant has agreed to the following special condition(s) concerning his/her ARD program:

1. The Defendant must complete 200 hours of community service within the first twelve (12) months of probation.

AND NOW THEREFORE, it is agreed, as a condition for inclusion in the ARD Program, that the Court enter an Order providing for the special condition(s) listed above, and that the defendant will comply with the other conditions of the Program as basically set forth in the Order.

In witness whereof, I hereunto set my hand and seal this 29th day of October, 2002.

_____        _____
Assistant District Attorney              Defendant

                                         _____
                                         Defendant's Counsel

EXHIBIT B