COMMONWEALTH OF PENNSYLVANIA    :  IN THE COURT OF COMMON PLEAS

:  CHESTER COUNTY, PENNSYLVANIA

VS.

:  CRIMINAL ACTION

DAVID D. OECHSLE    :  CASE NO:  2845-02

ORDER

AND NOW, this 29 day of October, 2002, it is hereby ORDERED and DECREED that this defendant is accepted into the Accelerated Rehabilitative Disposition Program for a period of two (2) years. Further proceedings on the charges shall be postponed during the term of the Program.

It is further ORDERED AND DECREED that an administrative fee of $570.00, and costs of prosecution be paid by the day of the ARD hearing. And that restitution in the amount of $16,451.33 be paid to R. O. Envelope within the first six (6) months of probation.

It is further ORDERED AND DECREED that the defendant comply with the following conditions:

    1.  The Defendant must complete 200 hours of community service within the first twelve (12) months of probation.

BY THE COURT:

_P. Streitel_____ J.

Received in Open Court 10/29/02

EXHIBIT C