IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| OLES ENVELOPE, LLC, <u>et al.</u>, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., <u>et al.</u>, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Upon consideration of Defendants GTD Company, Inc., Harold T. Robinson and David Oechsle's Motion in Limine to Exclude Evidence of Criminal Proceedings Relating to David Oechsle, and any opposition thereto, and for good cause shown, it is this ___ day of _____ 2004, hereby

**ORDERED** that Defendants GTD Company, Inc., Harold T. Robinson and David Oechsle's Motion in Limine to Exclude Evidence of Criminal Proceedings Relating to David Oechsle be and is hereby GRANTED, and it is further

**ORDERED** that any evidence, including documents, direct and cross examination questions and testimony of witnesses, relating to the fact that Mr. Oechsle was arrested and charged in connection with the embezzlement scheme at issue in this case and, excluding evidence that the criminal matter was resolved by Mr. Oechsle's agreement to participate in an Accelerated Rehabilitative Disposition Program shall be excluded; and it is further

**ORDERED** that Defendants are prohibited from referring, during their opening statement and their closing arguments, to the fact that Mr. Oechsle was arrested and the criminal matter was resolved by Mr. Oechsle's agreement to participate in an Accelerated Rehabilitative Disposition.

Dated:_____                    _____
                                                Judge, United States District Court
                                                    for the District of Maryland


::ODMA\PCDOCS\BALT01\813029\1