IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE
REGARDING ALLEGED IMPROPER FREIGHT CHARGES BY RO EXPRESS**

Defendants and Counterclaimants, GTD Company, Inc., Harold T. Robinson and David Oechsle (collectively, the "Defendants"), by their undersigned counsel, file this Motion in Limine to Exclude Evidence of Alleged Improper Freight Charges by RO Express, Inc.

Pursuant to Local Rule 105.1, Defendants submit herewith a Memorandum in Support of their Motion in Limine.

WHEREFORE, for the reasons more fully set forth in the accompanying Memorandum in Support of Motion in Limine to Exclude Evidence of Alleged Improper Freight Charges by RO Express, Inc., Defendants respectfully request that this Court enter an Order:

    A.    Excluding any evidence, including testimony and documentation, relating to improper freight and/or shipping costs charged by RO Express to Oles LLC or Oles Envelope Corporation; and

    B.    Granting such other and further relief as justice and equity require.

Dated: March 16, 2004

                                                  /s/
                        Jefferson V. Wright (Federal Bar No. 00990)
                        Tessa Laspia Frederick (Federal Bar No. 25374)
                        Brian D. Craig (Federal Bar No. 25710)
                        Miles & Stockbridge P.C.
                        10 Light Street, Suite 1200
                        Baltimore, Maryland 21202
                        (410) 727-6464

                        Attorneys for Defendants and Counterclaimants,
                        GTD Company, Inc., Harold T. Robinson
                        and David Oechsle

::ODMA\PCDOCS\BALT01\812942\1