IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendants GTD Company, Inc., Harold T. Robinson and David Oechsle's Motion in Limine to Exclude Evidence of Alleged Improper Freight Charges by RO Express, Inc., and any opposition thereto, and for good cause shown, it is this ___ day of _____ 2004, hereby

**ORDERED** that Defendants GTD Company, Inc., Harold T. Robinson and David Oechsle's Motion in Limine to Exclude Evidence of Alleged Improper Freight Charges by RO Express, Inc. be and is hereby GRANTED, and it is further

**ORDERED** that all evidence, including testimony and documentation, relating to improper freight and/or shipping costs charged by RO Express to Oles LLC or Oles Envelope Corporation shall be excluded.

Dated:_____       _____
                                  Judge, United States District Court
                                      for the District of Maryland

::ODMA\PCDOCS\BALT01\812999\1