## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

OLES ENVELOPE, LLC, et al.,                    *

      Plaintiffs,                             *

v.                                             *          Civil Action No. WMN 02-2017

GTD COMPANY, INC., et al.,                     *

      Defendants.                             *

*    *    *    *    *    *    *    *    *    *    *    *    *

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
## TESTIMONY OF PLAINTIFFS' EXPERT WITNESS, LAWRENCE W. SIGNORELLI

Defendants and Counterclaimants, GTD Company, Inc., Harold T. Robinson and David Oechsle (collectively, the "Defendants"), by their undersigned counsel, hereby file this Motion in Limine to Exclude Testimony of Plaintiffs' Expert Witness, Lawrence W. Signorelli.

Pursuant to Local Rule 105.1, Defendants submit herewith a Memorandum in Support of their Motion in Limine.

WHEREFORE, for the reasons more fully set forth in the accompanying Memorandum, Defendants, GTD Company, Inc., Harold T. Robinson and David Oechsle, respectfully request that the Court grant their Motion in Limine and issue an order:

A.      Granting Defendants' Motion in Limine to Exclude Testimony of Plaintiffs' Expert Witness, Lawrence W. Signorelli;

B.      Excluding any expert testimony from Lawrence W. Signorelli; and

C.      Granting such other and further relief as justice and equity require.

Dated: March 17, 2004
                                     /s/

Jefferson V. Wright (Federal Bar No. 00990)
Tessa Laspia Frederick (Federal Bar No. 25374)
Brian D. Craig (Federal Bar No. 25710)
Miles & Stockbridge P.C.
10 Light Street, Suite 1200
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendants and Counterclaimants,
GTD Company, Inc., Harold T. Robinson and David
Oechsle

::ODMA\PCDOCS\BALT01\813465\1