04/29/1999ROENV021999.xls

*MARK*
*MODRACKI*
*410 243-1520*

**Envelope Jet Shop**
**Financial Analysis**

ASSUMPTIONS                    RO ENVELOPE ASSET PURCHASE

    1           Purchase the 100 % of the assets for $2MM, PAYABLE OVER 4 YEARS
    2           Will refinance RO debt @ 8.0%, PAYABLE OVER 4 YEARS
    3           WILL NEED TO SECURE A LINE OF CREDIT FOR $750000 to 1,000,000
    4           GOODWILL TO AMORTIZE OVER 15 YEARS
    5           DEPRECIATION OF EQUIPMENT 7 YEARS S/L, OFFICE 5 YEARS S/L,
                        TRANSPORTATION 3 YEARS, LEASEHOLD 15 YEARS S/L.
    6           TURN A/R 8 TIMES or 45 DAYS
    7           TURN INVENTORY 20 TIMES OR 18 DAYS
    8           TURN A/P 5 TIMES
    9           P/L ASSUMES VARIABLE COST WILL CHANGE WITH SALES VOLUME.
   10         OFFICER COMPENSATION FOR ROBBY WILL END AFTER YEAR 2
   11         WAREHOUSE WILL NOT BE RENTED
   12         Oles will manufacture 50 % of RO's envelopes and make a 20% contribution return
                   Oles will manufacture 15 % of RO's envelopes and make a 30% contribution return



EXHIBIT
tabbies
D



DEPOSITION
EXHIBIT
Signorell 3
7-7-03
PENGAD 800-631-6989

Envelope Jet Shop
Financial Analysis
Balance Sheet

| | PURCHASE 02/28/1999 | PURCHASE ENTRY | AFTER PURCHASE | END OF YEAR 1 | END OF YEAR 2 | END OF YEAR 3 | END OF YEAR 4 |
|---|---|---|---|---|---|---|---|
| **PROFORMA PURCHASE 2/28/1999** | | | | | | | |
| **Assets** | | | | | | | |
| Cash | 16,234 | 1,000 | 17,234 | - | - | - | - |
| Accounts Receivable | 609,349 | - | 609,349 | 675,000 | 810,000 | 972,500 | 1,166,375 |
| Inventory | 153,202 | - | 153,202 | 212,292 | 254,002 | 304,210 | 364,111 |
| Employee Advances | - | - | - | - | - | - | - |
| Prepaids | 3,800 | - | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 |
| **Current Assets** | 782,585 | 1,000 | 783,585 | 891,092 | 1,067,802 | 1,280,510 | 1,534,286 |
| **Fixed Assets** | | | | | | | |
| Machinery | 688,684 | (188,684) | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| Office Equipment | 114,236 | (64,236) | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Transportation | 10,734 | (734) | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Leasehold Impr. | 48,189 | (23,189) | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Accumulated Depreciation | (638,560) | 638,560 | - | (86,429) | (172,857) | (259,286) | (345,714) |
| **Net Fixed Assets** | 223,283 | 361,717 | 585,000 | 498,571 | 412,143 | 325,714 | 239,286 |
| Other Assets (Goodwill) | 1,812 | 1,691,257 | 1,693,069 | 1,580,319 | 1,467,568 | 1,354,818 | 1,354,818 |
| **Total Assets** | 1,007,680 | 2,053,974 | 3,061,654 | 2,969,982 | 2,947,513 | 2,961,042 | 3,128,389 |
| **Liabilities** | | | | | | | |
| Accounts Payable | 669,527 | - | 669,527 | 621,870 | 744,504 | 891,887 | 1,067,313 |
| Current Portion of LTD | - | - | - | 144,170 | 144,170 | 144,170 | 144,170 |
| Credit Line | 100,000 | - | 100,000 | 353,672 | 607,099 | 682,237 | 254,408 |
| Accrued Liabilites & Taxes | 14,147 | - | 14,147 | 19,999 | 30,000 | 40,000 | 50,000 |
| | - | - | - | | | | |
| **Current Liabilities** | 783,674 | - | 783,674 | 1,139,711 | 1,525,773 | 1,758,294 | 1,515,891 |
| Due to Officers | 188,240 | (188,240) | - | - | - | - | - |
| Notes Payable :   WT Bank / | 128,764 | 300,000 | 300,000 | 225,000 | 150,000 | 75,000 | - |
| Notes Payable :   Welde / Re | 35,258 | 164,022 | 164,022 | 123,017 | 82,012 | 41,007 | 2 |
| Notes Payable :   Leases | 112,958 | - | 112,958 | 84,793 | 56,628 | 28,463 | 298 |
| Purchase Payable | | 1,700,000 | 1,700,000 | 1,300,000 | 800,000 | 200,000 | - |
| **NonCurrent Liabilities** | 465,220 | 1,975,782 | 2,276,980 | 1,732,810 | 1,088,640 | 344,470 | 300 |
| **Total Liabilities** | 1,248,894 | 1,975,782 | 3,060,654 | 2,872,521 | 2,614,413 | 2,102,764 | 1,516,191 |
| **Stockholders Equity** | | | | | | | |
| Common Stock | 10,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Retained Earnings (Deficit) | (247,296) | | | | 96,461 | 332,100 | 857,279 |
| Current Net Income | (3,918) | | | 96,461 | 235,640 | 525,178 | 753,920 |
| Dividends - Tax Payments | - | | | - | - | - | - |
| **Total Stockholders Equity** | 1,007,680 | 1,976,782 | 1,000 | 97,461 | 333,100 | 858,279 | 1,612,198 |
| **Total Liab. & Equity** | 1,007,680 | 1,976,782 | 3,061,654 | 2,969,982 | 2,947,514 | 2,961,042 | 3,128,390 |

04/29/1999ROENV021999.xlsBS

velope Jet Shop
ancial Analysis
mmary P/L

**PURCHASE PRICE $2MM**

| | YEAR 1 | | YEAR 2 | | YEAR 3 | | YEAR 4 | |
|---|---|---|---|---|---|---|---|---|
| **PROFORMA $2MM** | | | | | | | | |
| LES | 5,400,000 | 100% | 6,480,000 | 100% | 7,780,000 | 100% | 9,331,000 | 100% |
| RCHASES | 3,308,569 | 61.3% | 3,970,283 | 61.3% | 4,766,790 | 61.3% | 5,717,085 | 61.3% |
| BOR | 461,676 | 8.5% | 554,011 | 8.5% | 665,155 | 8.5% | 797,759 | 8.5% |
| ERHEAD | 475,590 | 8.8% | 555,756 | 8.6% | 652,252 | 8.4% | 767,378 | 8.2% |
| ST OF GOODS SOLD | 4,245,835 | 78.6% | 5,080,050 | 78.4% | 6,084,197 | 78.2% | 7,282,222 | 78.0% |
| OSS MARGIN | 1,154,165 | 21.4% | 1,399,950 | 21.6% | 1,695,803 | 21.8% | 2,048,778 | 22.0% |
| LES | 290,700 | 5.4% | 351,340 | 5.4% | 420,990 | 5.4% | 502,061 | 5.4% |
| CUPANCY | 152,287 | 2.8% | 160,787 | 2.5% | 170,287 | 2.2% | 179,787 | 1.9% |
| MIN | 399,603 | 7.4% | 402,274 | 6.2% | 425,495 | 5.5% | 433,742 | 4.6% |
| FICERS COMP.(W/Bonus) | 215,115 | 4.0% | 249,910 | 3.9% | 153,853 | 2.0% | 179,269 | 1.9% |
| ERATING EXPENSES | 1,057,704 | 19.6% | 1,164,311 | 18.0% | 1,170,625 | 15.0% | 1,294,858 | 13.9% |
| T INCOME BEFORE TAX | 96,461 | 1.8% | 235,640 | 3.6% | 525,178 | 6.8% | 753,920 | 8.1% |
| preciation | 86,429 | 1.6% | 86,429 | 1.3% | 86,429 | 1.1% | 86,429 | 0.9% |
| terest | 74,452 | 1.4% | 62,919 | 1.0% | 71,659 | 0.9% | 66,137 | 0.7% |
| of. Fees/AMORT GDWL | 112,750 | 2.1% | 112,750 | 1.7% | 112,750 | 1.4% | 112,750 | 1.2% |
| BITDA | 370,092 | 6.9% | 497,737 | 7.7% | 796,016 | 10.2% | 1,019,236 | 10.9% |

**ash Adjusted Income**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| preciation | 86,429 | 1.6% | 86,429 | 1.3% | 86,429 | 1.1% | 86,429 | 0.9% |
| of. Fees/AMORT GDWL | 112,750 | 2.1% | 112,750 | 1.7% | 112,750 | 1.4% | 112,750 | 1.2% |
| ebt Payments | (144,170) | -2.7% | (144,170) | -2.2% | (144,170) | -1.9% | (144,170) | -1.5% |
| axes @ 44% (DIVIDEND) | (42,443) | -0.8% | (103,682) | -1.6% | (231,078) | -3.0% | (331,725) | -3.6% |
| urchase Payment | (400,000) | -7.4% | (500,000) | -7.7% | (600,000) | -7.7% | (200,000) | -2.1% |
| ASH INCOME | (387,434) | -7.2% | (548,672) | -8.5% | (776,069) | -10.0% | (476,716) | -5.1% |

**les Margin on Ro Purchases**

| | | | | |
|---|---|---|---|---|
| ssume 20% on 50% of Purchases | $ 330,857 | $ 397,028 | $ 476,679 | $ 571,708 |
| ssume 30% on 15% of Purchases | $ 148,886 | $ 178,663 | $ 214,506 | $ 257,269 |
| Total | $ 479,743 | $ 575,691 | $ 691,185 | $ 828,977 |

04/29/1999ROENV021999.xlsPLSUM

Envelope Jet Shop
Financial Analysis
Detail P/L

PURCHASE PRICE
$2MM

| | | PROFORMA $2MM | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | YEAR 1 | | YEAR 2 | | YEAR 3 | | YEAR 4 | |
| Sales | | 5,400,000 | 100% | 6,480,000 | 100% | 7,780,000 | 100% | 9,331,000 | 100% |
| Purchases | | 3,308,569 | 61.3% | 3,970,283 | 61.3% | 4,766,790 | 61.3% | 5,717,085 | 61.3% |
| Labor Direct | | 461,676 | 8.5% | 554,011 | 8.5% | 665,155 | 8.5% | 797,759 | 8.5% |
| Printing Supplies | | 127,937 | 2.4% | 153,524 | 2.4% | 184,324 | 2.4% | 221,070 | 2.4% |
| Subcontract - Printing | | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Taxes & Benefits | | 90,175 | 1.7% | 108,210 | 1.7% | 129,919 | 1.7% | 155,819 | 1.7% |
| Equipment Repairs / Tools | | 35,104 | 0.7% | 42,125 | 0.7% | 50,576 | 0.7% | 60,659 | 0.7% |
| Delivery | | 147,612 | 2.7% | 177,135 | 2.7% | 212,671 | 2.7% | 255,068 | 2.7% |
| Depreciation | | 74,762 | 1.4% | 74,762 | 1.2% | 74,762 | 1.0% | 74,762 | 0.8% |
| Cost of Sales | | 4,245,835 | 78.6% | 5,080,050 | 78.4% | 6,084,197 | 78.2% | 7,282,222 | 78.0% |
| Gross Margin | | 1,154,165 | 21.4% | 1,399,950 | 21.6% | 1,695,803 | 21.8% | 2,048,778 | 22.0% |
| Selling | T. & E. | 20,000 | 0.4% | 25,000 | 0.4% | 30,000 | 0.4% | 35,000 | 0.4% |
| | Commisions | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| | Salaries | 189,000 | 3.5% | 226,800 | 3.5% | 272,300 | 3.5% | 326,585 | 3.5% |
| | Taxes & Benefits | 56,700 | 1.1% | 68,040 | 1.1% | 81,690 | 1.1% | 97,976 | 1.1% |
| | Auto - 4 (R&D) | 20,000 | 0.4% | 25,000 | 0.4% | 30,000 | 0.4% | 35,000 | 0.4% |
| | Advertising | 5,000 | 0.1% | 6,500 | 0.1% | 7,000 | 0.1% | 7,500 | 0.1% |
| | Total | 290,700 | 5.4% | 351,340 | 5.4% | 420,990 | 5.4% | 502,061 | 5.4% |
| Occupancy | Rent | 75,120 | 1.4% | 75,120 | 1.2% | 75,120 | 1.0% | 75,120 | 0.8% |
| | Trash Removal | 5,500 | 0.1% | 6,000 | 0.1% | 6,500 | 0.1% | 7,000 | 0.1% |
| | Utilities | 36,000 | 0.7% | 39,000 | 0.6% | 43,000 | 0.6% | 47,000 | 0.5% |
| | Real Estate Taxes | 14,000 | 0.3% | 14,000 | 0.2% | 14,000 | 0.2% | 14,000 | 0.2% |
| | Repairs & Maint | 20,000 | 0.4% | 25,000 | 0.4% | 30,000 | 0.4% | 35,000 | 0.4% |
| | Depreciation- lease hld | 1,667 | 0.0% | 1,667 | 0.0% | 1,667 | 0.0% | 1,667 | 0.0% |
| | Total | 152,287 | 2.8% | 160,787 | 2.5% | 170,287 | 2.2% | 179,787 | 1.9% |
| ADMIN | Salaries | 73,000 | 1.4% | 76,650 | 1.2% | 80,483 | 1.0% | 84,507 | 0.9% |
| | Taxes & Benefits | 21,900 | 0.4% | 22,995 | 0.4% | 24,145 | 0.3% | 25,352 | 0.3% |
| | Retirement/401k Plan | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| | Insurance | 32,000 | 0.6% | 35,000 | 0.5% | 38,000 | 0.5% | 41,000 | 0.4% |
| | Office | 30,000 | 0.6% | 33,000 | 0.5% | 36,000 | 0.5% | 38,000 | 0.4% |
| | Interest | 74,452 | 1.4% | 62,919 | 1.0% | 71,659 | 0.9% | 66,137 | 0.7% |
| | Professional | 5,000 | 0.1% | 6,000 | 0.1% | 7,000 | 0.1% | 8,000 | 0.1% |
| | Other | 5,000 | 0.1% | 5,000 | 0.1% | 5,000 | 0.1% | 5,000 | 0.1% |
| | Telephone | 24,000 | 0.4% | 24,960 | 0.4% | 25,958 | 0.3% | 26,997 | 0.3% |
| | Depreciation FFE | 10,000 | 0.2% | 10,000 | 0.2% | 10,000 | 0.1% | 10,000 | 0.1% |
| | Data Processing | 4,000 | 0.1% | 5,000 | 0.1% | 6,000 | 0.1% | 7,000 | 0.1% |
| | Service Contracts/Dues | 7,500 | 0.1% | 8,000 | 0.1% | 8,500 | 0.1% | 9,000 | 0.1% |
| | Goodwill Amort. | 112,750 | 2.1% | 112,750 | 1.7% | 112,750 | 1.4% | 112,750 | 1.2% |
| | Total | 399,603 | 7.4% | 402,274 | 6.2% | 425,495 | 5.5% | 433,742 | 4.6% |
| Operating Income | | 311,576 | 5.8% | 485,550 | 7.5% | 679,031 | 8.7% | 933,189 | 10.0% |
| Officers Salaries | | 156,000 | 2.9% | 156,000 | 2.4% | 78,000 | 1.0% | 78,000 | 0.8% |
| Officers Taxes & Benefits | | 35,000 | 0.6% | 35,000 | 0.5% | 17,500 | 0.2% | 17,500 | 0.2% |
| | Total | 191,000 | 3.5% | 191,000 | 2.9% | 95,500 | 1.2% | 95,500 | 1.0% |
| Net Income (Before PS,Taxes) | | 120,576 | 2.2% | 294,550 | 4.5% | 583,531 | 7.5% | 837,689 | 9.0% |
| Officers' Bonus | | 24,115 | 0.4% | 58,910 | 0.9% | 58,353 | 0.8% | 83,769 | 0.9% |
| Net Income (Before Taxes) | | 96,461 | 1.8% | 235,640 | 3.6% | 525,178 | 6.8% | 753,920 | 8.1% |
| Depreciation | | 86,429 | 1.6% | 86,429 | 1.3% | 86,429 | 1.1% | 86,429 | 0.9% |
| Interest | | 74,452 | 1.4% | 62,919 | 1.0% | 71,659 | 0.9% | 66,137 | 0.7% |
| Prof. Fees/AMORT GDWL | | 112,750 | 2.1% | 112,750 | 1.7% | 112,750 | 1.4% | 112,750 | 1.2% |
| EBITDA | | 370,092 | 6.9% | 497,737 | 7.7% | 796,016 | 10.2% | 1,019,236 | 10.9% |

04/29/1999ROENV021999.xlsPLDETAIL

# PURCHASE PRICE $2MM

**Envelope Jet Shop**
**CASH FLOW**

| | Proforma $2MM | | | |
|---|---|---|---|---|
| | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 |
| **OPERATING ACTIVITIES:** | | | | |
| NET INCOME | **96,461** | **235,640** | **525,178** | **753,920** |
| ADJUSTMENTS TO RECONCILE NET INCOME TO NET CASH PROVIDED FROM OPERATIONS: | | | | |
| DEPRECIATION | 86,429 | 86,429 | 86,429 | 86,429 |
| CHANGE IN ACCOUNTS RECEIVABLE | (65,651) | (135,000) | (162,500) | (193,875) |
| CHANGE IN PREPAID EXPENSES | - | - | - | - |
| CHANGE IN INVENTORIES | (59,090) | (41,711) | (50,207) | (59,901) |
| CHANGE IN OTHER ASSETS | 112,750 | 112,750 | 112,750 | 0 |
| CHANGE IN ACCOUNTS PAYABLE AND OTHER LIABILITIES | (41,805) | 132,635 | 157,382 | 185,427 |
| **NET CASH PROVIDED BY OPERATIONS** | **129,094** | **390,743** | **669,032** | **771,999** |
| **INVESTING ACTIVITIES:** | | | | |
| PURCHASE OF PROPERTY AND EQUIPMENT | - | - | - | - |
| **NET CASH PROVIDED (USED IN) INVESTING ACTIVITIES** | - | - | - | - |
| **FINANCING ACTIVITIES:** | | | | |
| PROCEEDS (PAYMENT) FROM CREDIT LINE | 253,672 | 253,427 | 75,138 | (427,829) |
| PROCEEDS (PAYMENT) FROM ON LONG TERM DEBT AND CAPITAL LEASES | (400,000) | (644,170) | (744,170) | (344,170) |
| CHANGE IN LOAN RECEIVABLE- OFFICER | - | - | - | - |
| DIVIDENDS PAID / TAXES | - | - | - | - |
| **NET CASH PROVIDED (USED IN) FINANCING ACTIVITIES** | **(146,328)** | **(390,743)** | **(669,032)** | **(771,999)** |
| **NET INCREASE (DECREASE) IN CASH** | (17,234) | 0 | (0) | (0) |
| CASH BEGINNING OF YEAR | 17,234 | (1) | - | - |
| **CASH END OF YEAR** | (1) | (2) | (0) | (0) |

**Envelope Jet Shop**
**Financial Analysis**
**RATIOS**

| | PROFORMA | | | |
|---|---|---|---|---|
| | YEAR A | YEAR B | YEAR C | YEAR D |
| CURRENT RATIO | 0.78 | 0.70 | 0.73 | 1.01 |
| RETURN ON ASSETS | 3.20% | 7.84% | 17.44% | 24.73% |
| DEBT TO EQUITY | 29.47 | 7.85 | 2.45 | 0.94 |
| COVERAGE RATIO | (0.72) | (0.45) | 0.86 | 5.22 |
| INVENTORY TURNS | 21.60 | 19.50 | 20.84 | 19.84 |
| INVENTORY DAYS | 16.9 | 18.7 | 17.5 | 18.4 |
| A/R TURNS | 8.41 | 9.13 | 9.84 | 10.13 |
| A/R DAYS | 43 | 40 | 37 | 36 |
| A/P TURNS | 5.12 | 5.62 | 6.11 | 6.77 |
| A/P DAYS | 71 | 65 | 60 | 54 |
| PURCHASES | 61.27% | 61.27% | 61.27% | 61.27% |
| GROSS MARGIN | 21.37% | 21.60% | 21.80% | 21.96% |
| OPERATING PROFIT | 1.79% | 3.64% | 6.75% | 8.08% |

04/29/1999ROENV021999.xlsRATIOS