PURCHASE PRICE
$2MM

**Envelope Jet Shop**
**Financial Analysis**
**Detail P/L**

| | | August | | May | | Dec | | RO ENVELOPE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1999 | | 1999 | | 1998 | | 1997 | | 1996 | | 1995 | | 1994 | |
| Sales | | 2,674,848 | 100% | 1,623,770 | 100% | 4,341,924 | 100% | 4,639,615 | 100% | 4,500,615 | 100% | 4,224,087 | 100% | 3,672,828 | 100% |
| Materials | | 1,628,712 | 60.9% | 946,941 | 58.3% | 2,660,288 | 61.3% | 2,799,667 | 61.6% | 2,996,228 | 66.6% | 2,863,178 | 67.8% | 2,368,099 | 66.0% |
| Labor Direct | | 245,982 | 9.2% | 145,279 | 8.9% | 371,215 | 8.5% | 340,827 | 7.5% | 312,840 | 7.0% | 269,743 | 6.4% | 240,613 | 6.6% |
| Printing Supplies | | 63,317 | 2.4% | 40,797 | 2.5% | 102,869 | 2.4% | 96,661 | 2.1% | 72,190 | 1.6% | 64,034 | 1.5% | 70,408 | 1.9% |
| Subcontract - Printing | | - | 0.0% | - | 0.0% | - | 0.0% | 645 | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Taxes & Benefits | | 48,455 | 1.8% | 31,714 | 2.0% | 72,506 | 1.7% | 87,928 | 1.9% | 64,654 | 1.4% | 54,181 | 1.3% | 52,063 | 1.4% |
| Equipment Repairs / Tools | | 14,248 | 0.5% | 8,857 | 0.5% | 28,226 | 0.7% | 19,416 | 0.4% | 19,273 | 0.4% | 17,662 | 0.4% | 9,518 | 0.3% |
| Delivery | | 71,353 | 2.7% | 37,170 | 2.3% | 118,689 | 2.7% | 96,963 | 2.1% | 49,554 | 1.1% | 58,805 | 1.4% | 61,195 | 1.7% |
| Depreciation | | 22,368 | 0.8% | 18,640 | 1.1% | 75,928 | 1.7% | 77,363 | 1.7% | 49,446 | 1.1% | 28,013 | 0.7% | 21,558 | 0.6% |
| Cost of Sales | | 2,094,435 | 78.3% | 1,229,398 | 75.7% | 3,429,721 | 79.0% | 3,618,670 | 77.5% | 3,564,385 | 79.2% | 3,355,616 | 79.4% | 2,843,454 | 77.4% |
| Gross Margin | | 580,413 | 21.7% | 394,372 | 24.3% | 912,203 | 21.0% | 1,020,945 | 22.5% | 936,230 | 20.8% | 868,471 | 20.6% | 829,374 | 22.6% |
| Selling | T. & E. | 9,043 | 0.3% | 5,783 | 0.4% | 25,791 | 0.6% | 24,493 | 0.5% | 11,294 | 0.3% | 15,793 | 0.4% | 22,240 | 0.6% |
| | Commisions | 7,417 | 0.3% | 4,736 | 0.3% | 10,489 | 0.2% | 5,936 | 0.1% | 7,060 | 0.2% | 7,657 | 0.2% | 30,860 | 0.8% |
| | Salaries | 81,203 | 3.0% | 46,252 | 2.8% | 177,002 | 4.1% | 182,904 | 4.0% | 207,399 | 4.6% | 119,354 | 2.8% | 102,379 | 2.8% |
| | Taxes & Benefits | 9,134 | 0.3% | 5,438 | 0.3% | 24,762 | 0.6% | 34,059 | 0.8% | 26,447 | 0.6% | 23,763 | 0.6% | 21,232 | 0.6% |
| | Auto - 4 (R&D) | 32,340 | 1.2% | 19,881 | 1.2% | 25,927 | 0.6% | 21,320 | 0.5% | 21,536 | 0.5% | 24,390 | 0.6% | 23,526 | 0.6% |
| | Advertising | - | 0.0% | 715 | 0.0% | 6,494 | 0.1% | 3,188 | 0.1% | 5,787 | 0.1% | 3,906 | 0.1% | 880 | 0.0% |
| | Total | 139,137 | 5.2% | 82,805 | 5.1% | 270,465 | 6.2% | 271,902 | 6.0% | 279,523 | 6.2% | 194,863 | 4.6% | 201,117 | 5.5% |
| Ocupancy | Rent | 85,480 | 3.2% | 54,060 | 3.3% | 123,120 | 2.8% | 102,720 | 2.3% | 89,086 | 2.0% | 82,418 | 2.0% | 63,086 | 1.7% |
| | Trash Removal | 1,879 | 0.1% | 1,304 | 0.1% | 3,522 | 0.1% | 4,051 | 0.1% | 4,550 | 0.1% | 4,492 | 0.1% | 4,750 | 0.1% |
| | Utilities | 26,275 | 1.0% | 17,426 | 1.1% | 43,827 | 1.0% | 34,917 | 0.8% | 33,436 | 0.7% | 32,314 | 0.8% | 32,491 | 0.8% |
| | Real Estate Taxes | 14,021 | 0.5% | 2,309 | 0.1% | 15,505 | 0.4% | 13,583 | 0.3% | 9,212 | 0.2% | 10,282 | 0.2% | 7,216 | 0.2% |
| | Repairs & Maint | 9,827 | 0.4% | 2,012 | 0.1% | 3,231 | 0.1% | 13,736 | 0.3% | 11,345 | 0.3% | 4,921 | 0.1% | 10,808 | 0.3% |
| | Depreciation- lease hld | 1,937 | 0.1% | 1,615 | 0.1% | 4,008 | 0.1% | 4,305 | 0.1% | 4,074 | 0.1% | 3,321 | 0.1% | 2,569 | 0.1% |
| | Total | 139,419 | 5.2% | 78,726 | 4.8% | 193,213 | 4.4% | 173,312 | 3.8% | 151,703 | 3.4% | 137,748 | 3.3% | 120,821 | 3.3% |
| ADMIN | Salaries | 50,785 | 1.9% | 32,180 | 2.0% | 83,898 | 1.9% | 72,921 | 1.6% | 84,394 | 1.9% | 87,136 | 2.1% | 76,790 | 2.1% |
| | Taxes & Benefits | 8,494 | 0.3% | 6,618 | 0.4% | 21,950 | 0.5% | 15,592 | 0.3% | 29,829 | 0.7% | 24,842 | 0.6% | 22,670 | 0.6% |
| | Retirement/401k Plan | 5,891 | 0.2% | 3,624 | 0.2% | - | 0.0% | - | 0.0% | | 0.0% | | 0.0% | | 0.0% |
| | Insurance | 31,520 | 1.2% | 18,854 | 1.2% | 33,024 | 0.8% | 31,260 | 0.7% | 30,527 | 0.7% | 26,970 | 0.6% | 29,663 | 0.8% |
| | Office | 21,249 | 0.8% | 10,424 | 0.6% | 45,288 | 1.0% | 41,764 | 0.9% | 26,224 | 0.6% | 29,698 | 0.7% | 22,572 | 0.6% |
| | Interest | 26,566 | 1.0% | 16,401 | 1.0% | 48,674 | 1.1% | 50,528 | 1.1% | 36,079 | 0.8% | 29,131 | 0.7% | 19,885 | 0.5% |
| | Professional | 25,695 | 1.0% | 17,248 | 1.1% | 16,161 | 0.4% | 8,228 | 0.2% | 10,051 | 0.2% | 7,753 | 0.2% | 6,718 | 0.2% |
| | Other | 4,182 | 0.2% | 2,156 | 0.1% | 2,250 | 0.1% | 3,389 | 0.1% | 2,987 | 0.1% | 2,823 | 0.1% | 3,200 | 0.1% |
| | Telephone | 16,964 | 0.6% | 9,445 | 0.6% | 24,827 | 0.6% | 23,073 | 0.5% | 21,208 | 0.5% | 18,788 | 0.4% | 18,580 | 0.5% |
| | Depreciation FFE | 7,054 | 0.3% | 5,710 | 0.4% | 4,008 | 0.1% | 3,373 | 0.1% | 2,334 | 0.1% | 6,650 | 0.2% | 11,699 | 0.3% |
| | Data Processing | 2,832 | 0.1% | 1,958 | 0.1% | 7,536 | 0.2% | 3,597 | 0.1% | 3,874 | 0.1% | 2,775 | 0.1% | 3,180 | 0.1% |
| | Service Contracts/Dues | 3,575 | 0.1% | 1,345 | 0.1% | 8,895 | 0.2% | 8,670 | 0.2% | 6,648 | 0.1% | 9,273 | 0.2% | 5,443 | 0.1% |
| | Goodwill Amort. | - | | - | | | | | | | | | | | |
| | Total | 204,807 | 7.7% | 125,963 | 7.8% | 296,511 | 6.8% | 262,396 | 6.8% | 254,155 | 5.6% | 245,839 | 5.8% | 220,400 | 6.0% |
| Operating Income | | 97,050 | 3.6% | 106,878 | 6.6% | 152,014 | 3.5% | 313,336 | 6.9% | 250,849 | 5.6% | 280,021 | 6.8% | 288,936 | 7.8% |
| Officers Salaries | | 108,800 | 4.1% | 67,200 | 4.1% | 211,027 | 4.9% | 305,672 | 6.7% | 217,923 | 4.8% | 226,123 | 5.4% | 204,223 | 5.6% |
| Officers Taxes & Benefits | | 16,905 | 0.6% | 9,094 | 0.6% | 44,480 | 1.0% | 44,191 | 1.0% | 40,963 | 0.9% | 39,276 | 0.9% | 38,013 | 1.0% |
| | Total | 125,705 | 4.7% | 76,294 | 4.7% | 255,507 | 5.9% | 349,863 | 7.7% | 258,886 | 5.8% | 265,399 | 6.3% | 242,236 | 6.6% |
| Net Income (Before PS,Taxes) | | (28,655) | -1.1% | 30,684 | 1.9% | (103,493) | -2.4% | (36,527) | -0.8% | (8,037) | -0.2% | 24,622 | 0.6% | 44,700 | 1.2% |
| Officers' Bonus | | | | | | | | | | | | | | | |
| Net Income (Before Taxes) | | | | | | | | | | | | | | | |
| Depreciation | | 31,359 | 1.2% | 25,965 | 1.6% | 83,944 | 1.9% | 85,041 | 1.9% | 55,854 | 1.2% | 37,884 | 0.9% | 35,826 | 1.0% |
| Interest | | 26,566 | 1.0% | 16,401 | 1.0% | 48,674 | 1.1% | 50,528 | 1.1% | 36,079 | 0.8% | 29,131 | 0.7% | 19,885 | 0.5% |
| Prof. Fees/AMORT GDWL | | 25,695 | 1.0% | 17,248 | 1.1% | 16,161 | 0.4% | 8,228 | 0.2% | 10,051 | 0.2% | 7,753 | 0.2% | 6,718 | 0.2% |
| EBITDA | | 54,965 | 2.1% | 90,198 | 5.6% | 45,286 | 1.0% | 107,270 | 2.4% | 93,947 | 2.1% | 99,490 | 2.4% | 107,129 | 2.9% |

EXHIBIT
tabbies
E

9/23/99ROENV071999PLDETAIL

## Financial Analysis
### Detail P/L

PURCHASE PRICE $2MM
PROFORMA $2MM

| | YEAR 1 | | YEAR 2 | | YEAR 3 | | YEAR 4 | |
|---|---|---|---|---|---|---|---|---|
| Sales | 5,400,000 | 100% | 6,480,000 | 100% | 7,780,000 | 100% | 9,331,000 | 100% |
| Materials | 3,308,589 | 61.3% | 3,970,263 | 61.3% | 4,766,790 | 61.3% | 5,717,085 | 61.3% |
| Labor Direct | 461,676 | 8.5% | 554,011 | 8.5% | 665,155 | 8.5% | 797,759 | 8.5% |
| Printing Supplies | 127,937 | 2.4% | 153,524 | 2.4% | 184,324 | 2.4% | 221,070 | 2.4% |
| Subcontract - Printing | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Taxes & Benefits | 90,175 | 1.7% | 108,210 | 1.7% | 129,919 | 1.7% | 155,819 | 1.7% |
| Equipment Repairs / Tools | 35,104 | 0.7% | 42,125 | 0.7% | 50,576 | 0.7% | 60,659 | 0.7% |
| Delivery | 147,612 | 2.7% | 177,135 | 2.7% | 212,671 | 2.7% | 255,068 | 2.7% |
| Depreciation | 67,148 | 1.2% | 67,148 | 1.0% | 67,148 | 0.9% | 67,148 | 0.7% |
| Cost of Sales | 4,238,221 | 78.5% | 5,072,435 | 78.3% | 6,076,582 | 78.1% | 7,274,607 | 78.0% |
| Gross Margin | 1,161,779 | 21.5% | 1,407,565 | 21.7% | 1,703,418 | 21.9% | 2,056,393 | 22.0% |
| Selling   T. & E. | 20,000 | 0.4% | 25,000 | 0.4% | 30,000 | 0.4% | 35,000 | 0.4% |
| Commissions | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Salaries | 162,000 | 3.0% | 194,400 | 3.0% | 233,400 | 3.0% | 279,930 | 3.0% |
| Taxes & Benefits | 48,600 | 0.9% | 58,320 | 0.9% | 70,020 | 0.9% | 83,979 | 0.9% |
| Auto - 4 (R&D) Dun~ | 20,000 | 0.4% | 25,000 | 0.4% | 30,000 | 0.4% | 35,000 | 0.4% |
| Advertising | 5,000 | 0.1% | 6,500 | 0.1% | 7,000 | 0.1% | 7,500 | 0.1% |
| Total | 255,600 | 4.7% | 309,220 | 4.8% | 370,420 | 4.8% | 441,409 | 4.7% |
| Occupancy Rent | 75,120 | 1.4% | 75,120 | 1.2% | 75,120 | 1.0% | 75,120 | 0.8% |
| Trash Removal | 5,500 | 0.1% | 6,000 | 0.1% | 6,500 | 0.1% | 7,000 | 0.1% |
| Utilities | 36,000 | 0.7% | 39,000 | 0.6% | 43,000 | 0.6% | 47,000 | 0.5% |
| Real Estate Taxes | 14,000 | 0.3% | 14,000 | 0.2% | 14,000 | 0.2% | 14,000 | 0.2% |
| Repairs & Maint | 20,000 | 0.4% | 25,000 | 0.4% | 30,000 | 0.4% | 35,000 | 0.4% |
| Depreciation- lease hld | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Total | 150,620 | 2.8% | 159,120 | 2.5% | 168,620 | 2.2% | 178,120 | 1.9% |
| ADMIN   Salaries | 73,000 | 1.4% | 76,650 | 1.2% | 80,483 | 1.0% | 84,507 | 0.8% |
| Taxes & Benefits | 21,900 | 0.4% | 22,995 | 0.4% | 24,145 | 0.3% | 25,352 | 0.3% |
| Retirement/401k Plan | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Insurance | 32,000 | 0.6% | 35,000 | 0.5% | 38,000 | 0.5% | 41,000 | 0.4% |
| Office | 30,000 | 0.6% | 33,000 | 0.5% | 36,000 | 0.5% | 38,000 | 0.4% |
| **Interest** | 61,567 | 1.1% | 50,034 | 0.8% | 49,933 | 0.6% | 34,816 | 0.4% |
| Professional | 5,000 | 0.1% | 6,000 | 0.1% | 7,000 | 0.1% | 8,000 | 0.1% |
| Other | 5,000 | 0.1% | 5,000 | 0.1% | 5,000 | 0.1% | 5,000 | 0.1% |
| Telephone | 24,000 | 0.4% | 24,960 | 0.4% | 25,958 | 0.3% | 26,997 | 0.3% |
| Depreciation FFE | 6,206 | 0.1% | 6,206 | 0.1% | 6,206 | 0.1% | 6,206 | 0.1% |
| Data Processing | 4,000 | 0.1% | 5,000 | 0.1% | 6,000 | 0.1% | 7,000 | 0.1% |
| Service Contracts/Dues | 7,500 | 0.1% | 8,000 | 0.1% | 8,500 | 0.1% | 9,000 | 0.1% |
| Goodwill Amort | 115,625 | 2.1% | 115,625 | 1.8% | 115,625 | 1.5% | 115,625 | 1.2% |
| Total | 385,798 | 7.1% | 388,469 | 6.0% | 402,849 | 5.2% | 401,502 | 4.3% |
| Operating Income | 369,762 | 6.8% | 550,756 | 8.5% | 761,528 | 9.8% | 1,035,362 | 11.1% |
| Officers Salaries | 156,000 | 2.9% | 156,000 | 2.4% | 78,000 | 1.0% | 78,000 | 0.8% |
| Officers Taxes & Benefits | 35,000 | 0.6% | 35,000 | 0.5% | 17,500 | 0.2% | 17,500 | 0.2% |
| Total | 191,000 | 3.5% | 191,000 | 2.9% | 95,500 | 1.2% | 95,500 | 1.0% |
| Net Income (Before PS,Taxes) | 178,762 | 3.3% | 359,756 | 5.6% | 666,028 | 8.6% | 939,862 | 10.1% |
| Officers' Bonus | 35,752 | 0.7% | 71,951 | 1.1% | (66,603) | 0.9% | (93,986) | 1.0% |  ok |
| Net Income (Before Taxes) | 143,009 | 2.6% | 287,804 | 4.4% | 599,425 | 7.7% | 845,876 | 9.1% |
| Depreciation | 73,354 | 1.4% | 73,354 | 1.1% | 73,354 | 0.9% | 73,354 | 0.8% |
| Interest | 61,567 | 1.1% | 50,034 | 0.8% | 49,933 | 0.6% | 34,816 | 0.4% |
| Prof. Fees/AMORT GDWL | 115,625 | 2.1% | 115,625 | 1.8% | 115,625 | 1.5% | 115,625 | 1.2% |
| EBITDA | 393,555 | 7.3% | 526,818 | 8.1% | 838,337 | 10.8% | 1,069,670 | 11.5% |

# PURCHASE PRICE $2MM

**Envelope Jet Shop**
**Financial Analysis**
**Balance Sheet**

| | PURCHASE 8/31/99 | PURCHASE ENTRY | PROFORMA PURCHASE 8/31/1999 AFTER PURCHASE | END OF YEAR 1 | END OF YEAR 2 | END OF YEAR 3 | END OF YEAR 4 |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Cash | 34,304 | 1,000 | 35,304 | - | - | - | - |
| Accounts Receivable | 541,785 | - | 541,785 | 675,000 | 810,000 | 972,500 | 1,168,375 |
| Inventory | 242,793 | - | 242,793 | 211,952 | 253,663 | 303,870 | 363,772 |
| Employee Advances | - | - | - | - | - | - | - |
| Prepaids | 5,748 | - | 5,748 | 5,748 | 5,748 | 5,748 | 5,748 |
| Current Assets | 824,630 | 1,000 | 825,630 | 892,700 | 1,069,411 | 1,282,118 | 1,536,895 |
| Fixed Assets | | | | | | | |
| Machinery | 692,184 | (237,369) | 454,815 | 454,815 | 454,815 | 454,815 | 454,815 |
| Office Equipment | 116,199 | (84,609) | 31,590 | 31,590 | 31,590 | 31,590 | 31,590 |
| Transportation | 10,734 | (1,734) | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 |
| Leasehold Impr. | 48,189 | (48,189) | - | - | - | - | - |
| Accumulated Depreciation | (660,601) | 660,601 | - | (74,292) | (148,583) | (222,875) | (297,166) |
| Net Fixed Assets | 206,706 | 288,700 | 486,405 | 421,113 | 346,822 | 272,530 | 198,239 |
| Other Assets (Goodwill) | 1,813 | 1,734,368 | 1,809,198 | 1,693,573 | 1,577,949 | 1,462,324 | 1,462,324 |
| **Total Assets** | 1,033,148 | 2,024,068 | 3,130,233 | 3,007,387 | 2,984,182 | 3,016,973 | 3,198,458 |
| **Liabilities** | | | | - | | | |
| Accounts Payable | 832,547 | - | 832,547 | 621,670 | 744,504 | 891,887 | 1,068,239 |
| Current Portion of LTD | - | - | - | 144,170 | 144,170 | 144,170 | 144,170 |
| Credit Line | 100,000 | - | 100,000 | 282,223 | 425,136 | 380,344 | 326,824 |
| Accrued Liabilites & Taxes | 9,318 | - | 9,318 | 19,999 | 30,000 | 40,000 | 50,000 |
| | - | - | - | | | | |
| Current Liabilities | 941,865 | - | 941,865 | 1,068,262 | 1,343,810 | 1,456,401 | 1,569,233 |
| | 169,867 | (169,867) | - | - | - | - | - |
| Notes Payable : WT Bank | 106,397 | 300,000 | 300,000 | 225,000 | 150,000 | 75,000 | - |
| Notes Payable : Welde | 28,796 | 164,022 | 135,193 | 94,188 | 53,183 | 12,178 | (28,827) |
| Notes Payable : Leases | 52,175 | - | 52,175 | 24,010 | (4,155) | (32,320) | (60,485) |
| Purchase Payable | | 1,700,000 | 1,700,000 | 1,500,000 | 1,100,000 | 600,000 | - |
| NonCurrent Liabilities | 387,236 | 1,994,155 | 2,187,368 | 1,843,198 | 1,299,029 | 654,858 | (89,312) |
| Total Liabilities | 1,299,100 | 1,994,155 | 3,129,233 | 2,911,460 | 2,642,838 | 2,111,259 | 1,499,921 |
| **Stockholders Equity** | | | | | | | |
| Common Stock | 10,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Retained Earnings (Deficit) | (247,296) | | | | 142,259 | 421,409 | 1,002,098 |
| Current Net Income | (28,656) | | | 142,259 | 279,150 | 580,689 | 805,413 |
| Due to Officers | #REF! | | | - | - | - | - |
| Total Stockholders Equity | 1,033,148 | 1,995,155 | 1,000 | 143,259 | 422,409 | 1,003,098 | 1,808,511 |
| Total Liab. & Equity | 1,033,148 | 1,995,155 | 3,130,233 | 3,064,719 | 3,066,247 | 3,114,357 | 3,308,432 |
| | | | | 47,332 | 71,066 | 97,384 | 111,974 — 7/0 c/c |
| SALES | | 28,913 | . | 5,400,000 | 6,480,000 | 7,780,000 | 9,331,000 |
| PURCHASES | | | | 3,308,569 | 3,970,283 | 4,766,790 | 5,717,085 |
| GROSS MARGIN | | | | 1,160,953 | 1,406,739 | 1,702,592 | 2,055,567 |
| DEPRECIATION | | | | 74,292 | 74,292 | 74,292 | 74,292 |
| NET INCOME | | | | 142,259 | 279,150 | 580,689 | 805,413 |
| AMORTIZATION | | | | 115,625 | 115,625 | 115,625 | 115,625 |

9/29/99ROENV071999BS

**Envelope Jet Shop**
**Financial Analysis**

ASSUMPTIONS                RO ENVELOPE ASSET PURCHASE  *refinance*
SECOND ROUND

1   PURCHASE ALL ASSETS OF THE COMPANY FOR $2,000,000
2   ASSUME ALL LIABILITIES INCLUDING DUE TO OFFICERS.                  → 8.5 %
3   WILL CAPITALIZE NEW COMPANY WITH $250,000 IN CASH
4   WILL BORROW $1,750,000 @ 9 %, PAYABLE IN 5 YEARS
5   WILL ASSUME EQUIPMENT DEBT @ 9 %, PAYABLE IN 4 YEARS
6   WILL NEED TO SECURE A LINE OF CREDIT FOR $250,000.
    PAY DUE TO OFFICERS OVER 5 YEARS WITH 5% INTEREST
7   GOODWILL TO AMORTIZE OVER 15 YEARS
8   DEPRECIATION OF EQUIPMENT 10 YEARS S/L, OFFICE 10 YEARS S/L,
        TRANSPORTATION 5 YEARS, LEASEHOLD 15 YEARS S/L.
9   TURN A/R 8 TIMES
10  TURN INVENTORY 9 TIMES
11  TURN A/P 5 TIMES
12  P/L ASSUMES VARIABLE COST WILL CHANGE WITH SALES VOLUME.
13  OFFICER COMPENSATION WILL BE $100,000. PER, INCLUDING BENEFITS

*[Handwritten notes:]*

0           269,214 @ 5% = 13,461
1)          1,500,000
            1,750,000 @ 8.5% = 127,500
                               148,750

de-fi       218,215 @ 8.5% = 18,549
                               ──────
                               180,760
                               169,000

heat ins.   A
            B
250,000     C
@ 8.5
 21,250