IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**ORDER**

Upon consideration of Defendants GTD Company, Inc., Harold T. Robinson and David Oechsle's Motion in Limine to Exclude Testimony of Plaintiffs' Expert Witness, Lawrence W. Signorelli, and any opposition thereto, and for good cause shown, it is this ___ day of _____ 2004, hereby

**ORDERED** Defendants' Motion in Limine to Exclude Testimony of Plaintiffs' Expert Witness, Lawrence W. Signorelli be and is hereby GRANTED, and it is further

**ORDERED** that any expert testimony from Lawrence W. Signorelli shall be excluded.

Dated:_____                    _____
                                            Judge, United States District Court
                                               for the District of Maryland

::ODMA\PCDOCS\BALT01\813473\1