**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, <u>et</u> <u>al.</u>, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., <u>et</u> <u>al.</u>, | * | |
| Defendants. | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

**DEFENDANTS' MOTION IN LIMINE
<u>TO EXCLUDE EVIDENCE OF UNIDENTIFIED LOSSES</u>**

Defendants and Counterclaimants, GTD Company, Inc., Harold T. Robinson and David

Oechsle (collectively, the "Defendants"), by their undersigned counsel, hereby submit this

Motion in Limine to Exclude Evidence of Unidentified Losses.

Pursuant to Local Rule 105.1, Defendants submit herewith a Memorandum in Support of

their Motion in Limine.

WHEREFORE, for the reasons more fully set forth in the accompanying Memorandum

in Support of Motion in Limine to Exclude Evidence of Unidentified Losses, Defendants

respectfully request that this Court enter an Order.

A.    Excluding any evidence relating to the approximately $20,000 in actual damages

sustained by Plaintiffs claim as a result of alleged an embezzlement scheme by

Defendants; and

B.    Granting such other and further relief as justice and equity require.

Dated: March 17, 2004

_____/s/_____
Jefferson V. Wright (Federal Bar No. 00990)
Tessa Laspia Frederick (Federal Bar No. 25374)
Brian D. Craig (Federal Bar No. 25710)
Miles & Stockbridge P.C.
10 Light Street, Suite 1200
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendants and Counterclaimants,
GTD Company, Inc., Harold T. Robinson
and David Oechsle

::ODMA\PCDOCS\BALT01\813468\1