IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 02-2017 |
| GTD COMPANY, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendants GTD Company, Inc., Harold T. Robinson and David Oechsle's Motion in Limine to Exclude Evidence of Unidentified Losses, and any opposition thereto, and for good cause shown, it is this ___ day of _____ 2004, hereby

**ORDERED** that Defendants GTD Company, Inc., Harold T. Robinson and David Oechsle's Motion in Limine to Exclude Evidence of Unidentified Losses be and is hereby GRANTED, and it is further

**ORDERED** that all evidence relating to the approximately $20,000 in actual damages sustained by Plaintiffs claim as a result of alleged an embezzlement scheme by Defendants shall be excluded.

Dated:_____      _____
                              Judge, United States District Court
                                 for the District of Maryland

::ODMA\PCDOCS\BALT01\813471\1