**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | |
| GTD COMPANY, INC., et al., | * | Civil Action No. WMN 02-2017 |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' TRIAL EXHIBIT LIST**

Plaintiffs and Counterclaim Defendants, Oles Envelope, LLC and Oles Envelope Corporation, hereby submit this list of trial exhibits. Paper copies of the exhibits listed below will be filed with the Clerk of the Court prior to the trial.

| Trial Exhibit # | Depo Exhibit # | Bates # | Description |
|---|---|---|---|
| 1 | Robinson 33 | OLES G 967<br>OLES F 29 - 30 | Communication Concepts check |
| 2 | Oechsle 18 | OLES G 969<br>OLES F 31 - 32 | Shubert Communications check |
| 3 | Oechsle 19 | OLES G 970<br>OLES F 33 | Packard Press check |
| 4 | | OLES F 34<br>OLES F 186 - 190 | Alcom check |
| 5 | Oechsle 12 | OLES G 973<br>OLES F 35 - 36 | Independence Health check |
| 6 | Oechsle 13 | OLES G 974<br>OLES F 35 - 37 | Independence Health check |

| | | | |
|---|---|---|---|
| 7  | Oechsle 13  | OLES G 976<br>OLES F 38 - 39 | PA State Emp. Credit Union check |
| 8  | Robinson 18 | WTB 3032<br>WTB 3035 - 3036 | FBK Group check |
| 9  | Robinson 19 | WTB 3032<br>WTB 3037 - 3038 | GK Printing check |
| 10 | Robinson 20 | WTB 3039<br>WTB 3040 - 3041 | TV Guide check |
| 11 | Robinson 21 | WTB 3039<br>WTB 3042 - 3043 | Fiserv check |
| 12 | Robinson 21 | WTB 3039<br>WTB 3042 - 3043 | Communications Graphics check |
| 13 | Robinson 22 | WTB 3039<br>WTB 3050 - 3051 | Keystone Financial check |
| 14 | Robinson 23 | WTB 3039<br>WTB 3052 - 3053 | Wyeth-Ayerst check |
| 15 | Robinson 23 | WTB 3039<br>WTB 3052 - 3053 | Wolfgang Candy check |
| 16 | Robinson 24 | WTB 3056<br>WTB 3059 - 3060 | Donegal check |
| 17 | Oechsle 1   | WTB 2995<br>WTB 2996 - 2997 | Lynx Graphics check |
| 18 | Oechsle 1   | WTB 2995<br>WTB 2996 - 2997 | Lynx Graphics check |
| 19 | Robinson 26 | WTB 2995<br>WTB 2998 - 2999 | Lynx Graphics check |
| 20 | Robinson 27 | WTB 3008<br>WTB 3009 - 3010 | GK Printing check |
| 21 | Robinson 28 | WTB 3016<br>WTB 3017 - 3018 | Bentley Graphics check |

| | | | |
|---|---|---|---|
| 22 | Robinson 29 | WTB 3019<br>WTB 3022 - 3023 | Vincent Varollo check |
| 23 | Robinson 29 | WTB 3019<br>WTB 3022 - 3023 | Robert E. Lorenson check |
| 24 | Robinson 29 | WTB 3019<br>WTB 3022 - 3023 | US Recycling check |
| 25 | Robinson 30 | WTB 3019<br>WTB 3028 - 3029 | Precision Forms & Graphics check |
| 26 | Robinson 31 | WTB 3648<br>WTB 3712 | Closed Ro Envelope Account check |
| 27 | Oechsle 16<br><br>Robinson 32 | WTB 1057<br>WTB 1074<br>OLES G 918 | PA State Emp. Credit Union check |
| 28 | Oechsle 4 | RMB 5<br>RMB 16 - 18<br>OLES G 1631 | GK Printing check |
| 29 | | RMB 12 - 15 | Communication Concepts check |
| 30 | | RMB 12 - 15<br>OLES F 81 - 86 | Tursack check |
| 31 | Oechsle 3 | RMB 5<br>RMB 9 - 11<br>OLES G 1634 | National Collection Services check |
| 32 | | RMB 431 - 433 | Ro X Bogus deposit |
| 33 | | RMB 458 - 461 | International Envelope Co. check |
| 34 | Robinson 34 | RMB 251 - 271<br>OLES F 242 - 243<br>OLES G 913 | Five Thousand Forms check |
| 35 | Oechsle 8 | RMB 477 - 478<br>RMB 479 - 480 | QVC check |
| 36 | Oechsle 8 | RMB 477 - 478<br>RMB 481<br>OLES F 239 - 241 | Vanguard check |
| 37 | | RMB 487 - 490 | Shubert Communications check |

| | | | |
|---|---|---|---|
| 38 | | RMB 487 - 492 | Great Atlantic Graphics check |
| 39 | Oechsle 6 | RMB 241 - 271<br>OLES G 1132 | Fiserv check |
| 40 | Oechsle 5 | RMB 251 - 217<br>OLES G 1171<br>OLES F 248 - 253 | TV Guide check |
| 41 | Oechsle 7 | RMB 251 - 271<br>OLES G 1145 | Educational Testing Services check |
| 42 | | OLES G 45 | Pica check |
| 43 | Moderacki 11 | H112 | Improper Expenses Spreadsheet |
| 44 | Oechsle 32 | OLES C 1 - 50 | 2/14/01 Expense Points with backup |
| 45 | | OLES E 431 - 679 | Credit card information |
| 46 | | OLES E 390 - 430 | Special Account spreadsheet |
| 47 | | OLES E 1 -268 | Cash receipts |
| 48 | Robinson 1 | OLES A 320 - 352 | Ro Customer List included in Asset Purchase Agreement |
| 49 | Robinson 4 | OLES A 415 | 9/30/99 Delivery agreement between Ro X and Ro LLC |
| 50 | Robinson 6 | | signature card WTB 40026656656 (Ro LLC. Operating Account) |
| 51 | Robinson 7 | RMB 246 - 250 | signature card and account information WTB 40027668046 (Ro X Operating Account) |
| 52 | Robinson 8 | RMB 28 | signature card WTB 40027668054 (Ro X PR Account) |
| 53 | Robinson 9 | RMB 1<br>OLES G 22 - 30 | signature card and statements  WTB 40013346739 (GTD) |
| 54 | Robinson 10 | OLES G 12 - 14<br>OLES G 18 - 19 | signature card and account information First Union 3303304 (Ro X BOGUS) |

| | | | |
|---|---|---|---|
| 55 | Robinson 11 | RMB 739<br>RMB 768 - 69<br>RMB 772<br>RMB 774 | signature card WTB 400135851 (Robinson Personal Account) |
| 56 | Robinson 13 | No Bates | signature card WTB 40026656664 (Ro LLC PR Account) |
| 57 | Robinson 14 | WTB 1152<br>WTB 1237 | $10,000 deposit into Robinson personal account (40026655641) from GTD |
| 58 | Robinson 12 | RMB 871 - 874 | signature card and computer screen printouts WTB 40026655641 (Robinson Personal Account) |
| 59 | Robinson 35 | No Bates | Checks from RITE to Ro X |
| 60 | Robinson 39 | Missing Exhibit*** | RITE payment to Robinson for freight |
| 61 | Robinson 40 | OLES E 347 - 348 | 2/1/00 Letter from Jay Young |
| 62 | Robinson 41 | DEF 225 - 229<br>OLES G 898<br>DEF 203 | Notice of Levy on RO X RMB accounts<br><br>Legible copies of IRS checks |
| 63 | Robinson 42 | OLES B 4 - 5 | 5/15/01 Early Retirement Letter from Oles to Robinson |
| 64 | Robinson 43 | OLES B 8 | 3/1/01 Letter from Oles to Oechsle re: resignation |
| 65 | Robinson 44 | RMB 8 | 2000 GTD checks to Robinson (2)<br>2000 GTD checks to Ro (2) |
| 66 | Oechsle 1 | WTB 2995<br>WTB 3004 - 3007 | $10,000 from GTD to Oechsle<br>$10,000 from GTD to Robinson |
| 67 | Oechsle 2 | OLES G 435 | 6/18/01 Oechsle Letter to Detective Owen |
| 68 | Oechsle 10 | WTB 197 - 198<br>WTB 298<br>WTB 793 - 794<br>WTB 857<br>WTB 875 - 876<br>WTB 942 - 943<br>WTB 948 - 49 | $2,500 Loan from Oechsle to Ro X<br><br>$1,000 Loan from Oechsle to Ro X<br><br>$1,000 Loan from Oechsle to Ro X<br><br>$2,000 Loan from Oechsle to Ro X |

5

| | | | |
|---|---|---|---|
| | | WTB 952 - 53 | $2,500 Loan from Oechsle to Ro X |
| **69** | Oechsle 11 | WTB 3571 - 3572<br>WTB 3626 | $1,400 from GTD to RoX |
| **70** | Oechsle 12 | WTB 3921 - 3923<br>WTB 3986 - 3987 | $1,000 from GTD to Oechsle |
| **71** | Oechsle 15 | NA (2 documents) | 3/5/03 restitution payment to Oles by Chester County Restitution |
| **72** | Oechsle 21 | RMB 1 - 27 | GTD signature card, account information, amounts paid out of GTD |
| **73** | Oechsle 22 | WTB 3056<br>WTB 3061 | $890 payment from GTD for Oechsle's AmEx card |
| **74** | Oechsle 23 | DEF O 1608 - 1611 | RO X Sales Report, Aging 3/31/00 |
| **75** | Oechsle 24 | DEF O 2438 - 2441 | RO X Open Invoices 11/00 |
| **76** | Oechsle 25 | WTB 1507 - 1508<br>WTB 1561 - 1562 | $2,000 from GTD to Ro X |
| **77** | Oechsle 26 | RMB 645<br>RMB 656 | Signature Card for Money Market Account held by Oechsle and Mom<br>Oechsle borrowed $$ from Mom for RO X |
| **78** | Oechsle 27 | DEF O 2588 - 2611 | 1999 RO X Tax Returns |
| **79** | Oechsle 28 | DEF O 2612 - 2632 | 2000 RO X Tax Returns |
| **80** | Oechsle 29 | DEF O 2633 - 2659 | 2001 RO X Tax Returns |
| **81** | Oechsle 31 | OLES B 9 | Oechsle's Resignation Letter |
| **82** | Oechsle 33<br>O'Brien 6 | OLES M 1 - 71 | RO X Job Jackets + Trucking Logs |
| **83** | O'Brien 2 | OLES G 424-428 | O'Brien's Proffer Statement to Detective Owen |
| **84** | O'Brien 6<br>Oechsle 33 | OLES M 1 - 71 | Ro X Shipping Schedules (Invoices to Oles)<br>Ro Env Job Jackets |
| **85** | Owen 1 | | Subpoena, Deposition Notice – Owen |
| **86** | Owen 2 | OLES G 380 - 410 | Detective Owen's report |

| 87 | Owen 3 | OLES G 424 - 428 | Joseph O'Brien's Proffer Statement |
|---|---|---|---|
| 88 | Owen 4 | OLES G 1682 - 83<br>OLES G 1674<br>OLES G 932 - 62 | backup received from Tursack, Bentley and US Recycling re: alleged freight charges |
| 89 | Owen 5 | OLES G 429 - 432 | Harold Robinson's written statements |
| 90 | Owen 6 | OLES G 433 - 435 | David Oechsle's written statements |
| 91 | Owen 7 | OLES G 963 - 65<br>OLES G 977 - 1006<br>OLES G 1022 - 23<br>OLES G 1026 - 36 | documents obtained from First Union in response to Search Warrant re: Bogus account |
| 92 | Moderacki 3 | OLES F 408 - 423<br>OLES F 255 - 423 | ACCPAC invoice listing |
| 93 | Moderacki 4 | OLES G 6 | |
| 94 | Moderacki 6 | OLES F 16 | Spreadsheet - Funds in & out of RO X - $74,413.70 |
| 95 | Moderacki 7 | OLES D 15 | Spreadsheet - Misappropriated Funds (into BOGUS & GTD) - $99,751.29 |
| 96 | Moderacki 8 | OLES F 19 | Spreadsheet - demonstrates how RO X's repayments were credited to RO A/R |
| 97 | Moderacki 9 | OLES G 6 | Steve Swartz's spreadsheet re: A/R Adjustments & Missing Sales |
| 98 | Moderacki 10 | OLES G 4 - 5 | List of all diverted funds |
| 99 | Moderacki 11 | OLES H 112 | Spreadsheet of Oechsle's improper expenses |
| 100 | Moderacki 14 | OLES B 11 - 22 | Notes for meeting with Oechsle |
| 101 | Moderacki 15 | OLES C 23 | List of Oechsle's monthly gas charges during 2000 |
| 102 | Moderacki 16 | OLES B 6 - 7 | S. Stacharowski's notes re: meeting with Oechsle about expenses, resignation |

| | | | |
|---|---|---|---|
| **103** | Moderacki 17 | OLES D 11 | 9/27/01 Letter from M. Moderacki to Oechsle re: 2001 payment less deductions |
| **104** | Moderacki 21 | OLES G 2 | M. Moderacki's 6/13/01 Letter to Detective Owen |
| **105** | Moderacki 22 | OLES G 3 | M. Moderacki's 9/12/01 letter to Detective Owen |
| **106** | Moderacki 23 | OLES G 7 - 10 | M. Moderacki's notes re: diversions into GTD |
| **107** | Moderacki 24 | OLES G 11 - 15 | Details re: diversions into various accounts |
| **108** | Moderacki 25 | OLES G 16 - 21 | Bank account detail - #27668046 (8/25/00 - 1/22/01) |
| **109** | Moderacki 25A | OLES H 7 - 22 | Oles Audit Report 9/26/99 & 9/27/98 |
| **110** | Moderacki 26 | OLES H 23 - 38 | Oles CONSOLIDATED Audit Report - 9/30/01 & 9/24/00 |
| **111** | Moderacki 29 | OLES H 56 - 57 | Ro LLC financials 9/01 |
| **112** | N/A | OLES H 39 - 40 | Ro LLC Financials 9/00 |
| **113** | Moderacki 30 | OLES F 72 - 78.5 | ACCPAC Adjustments & Credit Notes |
| **114** | Moderacki 31 | OLES F 424 - 427 | Examples of credit notes where payment made by customer |
| **115** | | OLES A 1 - 416 | Closing Binder |
| **116** | Signorelli 1 | | Ro Env Original Valuation Forecast based on historical numbers thru 10/1/99 |
| **117** | Signorelli 2 | OLES K 2 - 5 | 9/23/99 Proforma/projections prepared in support of $2,000,000 purchase price |
| **118** | Signorelli 3 | OLES K 6 - 11 | 4/29/99 Proforma/projections prepared in support of $2,000,000 purchase price |
| **119** | Signorelli 4 | | Signorelli's 10/11/02 Report |
| **120** | Signorelli 5 | | Signorelli's 6/6/03 |
| **121** | Signorelli 6 | | EMA 10/01 Volume & Orders Report |
| **122** | Signorelli 7 | | EMA 8/02 Volume & Orders Report |

| | | | |
|---|---|---|---|
| **123** | Signorelli 8 | | 6/4/03 listing of Cash Outlays paid by Oles on behalf of Ro |
| **124** | Signorelli 9 | | worksheet for cash outlays listing (Exhibit 8) |
| **125** | Signorelli 10 | | Signorelli's handwritten notes from meeting with Mark Moderacki |
| **126** | Signorelli 11 | | 8/30/02 Engagement Letter from Signorelli to W. Coe |
| **127** | Signorelli 12 | | EMA - Index re: units in dollars (from EMA website) |
| **128** | Signorelli 13 | | Details for Signorelli's underlying calculators |
| **129** | Signorelli 14 | | Signorelli's handwritten notes from meeting with Mark Moderacki |
| **130** | Signorelli 15 | | Schedule of Oles' bank and legal fees |
| **131** | Signorelli 16 | OLES K 1 - 406 | Larry Signorelli's entire file |
| **132** | Stacharowski 3 | OLES 358 - 360 | 2/1/01 Meeting Notes |
| **133** | Young 7 | OLES E 347 - 348 | 2/1/00 Memo from J. Young |
| **134** | Young 8 | OLES E 349 - 350 | 2/3/00 Memo form L. Henrich |
| **135** | Young 9 | OLES E 344 | 12/8/00 Memo |
| **136** | Young 10 | OLES E 343 | 12/5/00 Letter re: Ro X deliveries |
| **137** | Young 11 | OLES 345 | 12/21/00 J. Young email |

       Respectfully submitted,

       _____
       Ward B. Coe, III, Bar No. 00282
       Pamela M. Conover, Bar No. 22453
       Jennifer Ryan Lazenby, Bar No. 25886
       Whiteford, Taylor & Preston, LLP
       Seven Saint Paul Street, Suite 1400
       Baltimore, Maryland  21202
       (410) 347-8700

       Attorneys for Plaintiff Oles Envelope, LLC

*302411*

Case 1:02-cv-02017-WMN   Document 64   Filed 03/18/2004   Page 10 of 12

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2004, a copy of Plaintiffs' Trial Exhibit List and trial exhibits were hand-delivered to:

>Jefferson V. Wright, Esquire
>Tessa Laspia Frederick, Esquire
>Miles & Stockbridge P.C.
>10 Light Street
>Baltimore, Maryland  21202

_____
Jennifer Ryan Lazenby

*302411*