# Exhibit A

# Plaintiffs' Trial Exhibits

| Trial Exhibit # | Depo Exhibit # | Bates # | Description |
|---|---|---|---|
| 1 | Robinson 33 | OLES G 967<br>OLES F 29 - 30 | Communication Concepts check |
| 2 | Oechsle 18 | OLES G 969<br>OLES F 31 - 32 | Shubert Communications check |
| 3 | Oechsle 19 | OLES G 970<br>OLES F 33 | Packard Press check |
| 4 | | OLES F 34<br>OLES F 186 - 190 | Alcom check |
| 5 | Oechsle 12 | OLES G 973<br>OLES F 35 - 36 | Independence Health check |
| 6 | Oechsle 13 | OLES G 974<br>OLES F 35 - 37 | Independence Health check |
| 7 | Oechsle 13 | OLES G 976<br>OLES F 38 - 39 | PA State Emp. Credit Union check |
| 8 | Robinson 18 | WTB 3032<br>WTB 3035 - 3036 | FBK Group check |
| 9 | Robinson 19 | WTB 3032<br>WTB 3037 - 3038 | GK Printing check |
| 10 | Robinson 20 | WTB 3039<br>WTB 3040 - 3041 | TV Guide check |
| 11 | Robinson 21 | WTB 3039<br>WTB 3042 - 3043 | Fiserv check |
| 12 | Robinson 21 | WTB 3039<br>WTB 3042 - 3043 | Communications Graphics check |

| | | | |
|---|---|---|---|
| 13 | Robinson 22 | WTB 3039<br>WTB 3050 - 3051 | Keystone Financial check |
| 14 | Robinson 23 | WTB 3039<br>WTB 3052 - 3053 | Wyeth-Ayerst check |
| 15 | Robinson 23 | WTB 3039<br>WTB 3052 - 3053 | Wolfgang Candy check |
| 16 | Robinson 24 | WTB 3056<br>WTB 3059 - 3060 | Donegal check |
| 17 | Oechsle 1 | WTB 2995<br>WTB 2996 - 2997 | Lynx Graphics check |
| 18 | Oechsle 1 | WTB 2995<br>WTB 2996 - 2997 | Lynx Graphics check |
| 19 | Robinson 26 | WTB 2995<br>WTB 2998 - 2999 | Lynx Graphics check |
| 20 | Robinson 27 | WTB 3008<br>WTB 3009 - 3010 | GK Printing check |
| 21 | Robinson 28 | WTB 3016<br>WTB 3017 - 3018 | Bentley Graphics check |
| 22 | Robinson 29 | WTB 3019<br>WTB 3022 - 3023 | Vincent Varollo check |
| 23 | Robinson 29 | WTB 3019<br>WTB 3022 - 3023 | Robert E. Lorenson check |
| 24 | Robinson 29 | WTB 3019<br>WTB 3022 - 3023 | US Recycling check |
| 25 | Robinson 30 | WTB 3019<br>WTB 3028 - 3029 | Precision Forms & Graphics check |
| 26 | Robinson 31 | WTB 3648<br>WTB 3712 | Closed Ro Envelope Account check |
| 27 | Oechsle 16<br><br>Robinson 32 | WTB 1057<br>WTB 1074<br>OLES G 918 | PA State Emp. Credit Union check |

| | | | |
|---|---|---|---|
| **28** | Oechsle 4 | RMB 5<br>RMB 16 - 18<br>OLES G 1631 | GK Printing check |
| **29** | | RMB 12 - 15 | Communication Concepts check |
| **30** | | RMB 12 - 15<br>OLES F 81 - 86 | Tursack check |
| **31** | Oechsle 3 | RMB 5<br>RMB 9 - 11<br>OLES G 1634 | National Collection Services check |
| **32** | | RMB 431 - 433 | Ro X Bogus deposit |
| **33** | | RMB 458 - 461 | International Envelope Co. check |
| **34** | Robinson 34 | RMB 251 - 271<br>OLES F 242 - 243<br>OLES G 913 | Five Thousand Forms check |
| **35** | Oechsle 8 | RMB 477 - 478<br>RMB 479 - 480 | QVC check |
| **36** | Oechsle 8 | RMB 477 - 478<br>RMB 481<br>OLES F 239 - 241 | Vanguard check |
| **37** | | RMB 487 - 490 | Shubert Communications check |
| **38** | | RMB 487 - 492 | Great Atlantic Graphics check |
| **39** | Oechsle 6 | RMB 241 - 271<br>OLES G 1132 | Fiserv check |
| **40** | Oechsle 5 | RMB 251 - 217<br>OLES G 1171<br>OLES F 248 - 253 | TV Guide check |
| **41** | Oechsle 7 | RMB 251 - 271<br>OLES G 1145 | Educational Testing Services check |
| **42** | | OLES G 45 | Pica check |
| **43** | Moderacki 11 | H112 | Improper Expenses Spreadsheet |

| | | | |
|---|---|---|---|
| 44 | Oechsle 32 | OLES C 1 - 50 | 2/14/01 Expense Points with backup |
| 45 | | OLES E 431 - 679 | Credit card information |
| 46 | | OLES E 390 - 430 | Special Account spreadsheet |
| 47 | | OLES E 1 -268 | Cash receipts |
| 48 | Robinson 1 | OLES A 320 - 352 | Ro Customer List included in Asset Purchase Agreement |
| 49 | Robinson 4 | OLES A 415 | 9/30/99 Delivery agreement between Ro X and Ro LLC |
| 50 | Robinson 6 | | signature card WTB 40026656656 (Ro LLC. Operating Account) |
| 51 | Robinson 7 | RMB 246 - 250 | signature card and account information WTB 40027668046 (Ro X Operating Account) |
| 52 | Robinson 8 | RMB 28 | signature card WTB 40027668054 (Ro X PR Account) |
| 53 | Robinson 9 | RMB 1<br>OLES G 22 - 30 | signature card and statements  WTB 40013346739 (GTD) |
| 54 | Robinson 10 | OLES G 12 - 14<br>OLES G 18 - 19 | signature card and account information First Union 3303304 (Ro X BOGUS) |
| 55 | Robinson 11 | RMB 739<br>RMB 768 - 69<br>RMB 772<br>RMB 774 | signature card WTB 400135851 (Robinson Personal Account) |
| 56 | Robinson 13 | No Bates | signature card WTB 40026656664 (Ro LLC PR Account) |
| 57 | Robinson 14 | WTB 1152<br>WTB 1237 | $10,000 deposit into Robinson personal account (40026655641) from GTD |

| | | | |
|---|---|---|---|
| 58 | Robinson 12 | RMB 871 - 874 | signature card and computer screen printouts WTB 40026655641 (Robinson Personal Account) |
| 59 | Robinson 35 | No Bates | Checks from RITE to Ro X |
| 60 | Robinson 39 | Missing Exhibit*** | RITE payment to Robinson for freight |
| 61 | Robinson 40 | OLES E 347 - 348 | 2/1/00 Letter from Jay Young |
| 62 | Robinson 41 | DEF 225 - 229<br>OLES G 898<br>DEF 203 | Notice of Levy on RO X RMB accounts<br><br>Legible copies of IRS checks |
| 63 | Robinson 42 | OLES B 4 - 5 | 5/15/01 Early Retirement Letter from Oles to Robinson |
| 64 | Robinson 43 | OLES B 8 | 3/1/01 Letter from Oles to Oechsle re: resignation |
| 65 | Robinson 44 | RMB 8 | 2000 GTD checks to Robinson (2)<br>2000 GTD checks to Ro (2) |
| 66 | Oechsle 1 | WTB 2995<br>WTB 3004 - 3007 | $10,000 from GTD to Oechsle<br>$10,000 from GTD to Robinson |
| 67 | Oechsle 2 | OLES G 435 | 6/18/01 Oechsle Letter to Detective Owen |
| 68 | Oechsle 10 | WTB 197 - 198<br>WTB 298<br>WTB 793 - 794<br>WTB 857<br>WTB 875 - 876<br>WTB 942 - 943<br>WTB 948 - 49<br>WTB 952 - 53 | $2,500 Loan from Oechsle to Ro X<br><br>$1,000 Loan from Oechsle to Ro X<br><br>$1,000 Loan from Oechsle to Ro X<br><br>$2,000 Loan from Oechsle to Ro X<br>$2,500 Loan from Oechsle to Ro X |
| 69 | Oechsle 11 | WTB 3571 - 3572<br>WTB 3626 | $1,400 from GTD to RoX |
| 70 | Oechsle 12 | WTB 3921 - 3923<br>WTB 3986 - 3987 | $1,000 from GTD to Oechsle |
| 71 | Oechsle 15 | NA (2 documents) | 3/5/03 restitution payment to Oles by Chester County Restitution |

5

| # | | | |
|---|---|---|---|
| 72 | Oechsle 21 | RMB 1 - 27 | GTD signature card, account information, amounts paid out of GTD |
| 73 | Oechsle 22 | WTB 3056<br>WTB 3061 | $890 payment from GTD for Oechsle's AmEx card |
| 74 | Oechsle 23 | DEF O 1608 - 1611 | RO X Sales Report, Aging 3/31/00 |
| 75 | Oechsle 24 | DEF O 2438 - 2441 | RO X Open Invoices 11/00 |
| 76 | Oechsle 25 | WTB 1507 - 1508<br>WTB 1561 - 1562 | $2,000 from GTD to Ro X |
| 77 | Oechsle 26 | RMB 645<br>RMB 656 | Signature Card for Money Market Account held by Oechsle and Mom<br>Oechsle borrowed $$ from Mom for RO X |
| 78 | Oechsle 27 | DEF O 2588 - 2611 | 1999 RO X Tax Returns |
| 79 | Oechsle 28 | DEF O 2612 - 2632 | 2000 RO X Tax Returns |
| 80 | Oechsle 29 | DEF O 2633 - 2659 | 2001 RO X Tax Returns |
| 81 | Oechsle 31 | OLES B 9 | Oechsle's Resignation Letter |
| 82 | Oechsle 33<br>O'Brien 6 | OLES M 1 - 71 | RO X Job Jackets + Trucking Logs |
| 83 | O'Brien 2 | OLES G 424-428 | O'Brien's Proffer Statement to Detective Owen |
| 84 | O'Brien 6<br>Oechsle 33 | OLES M 1 - 71 | Ro X Shipping Schedules (Invoices to Oles)<br>Ro Env Job Jackets |
| 85 | Owen 1 | | Subpoena, Deposition Notice – Owen |
| 86 | Owen 2 | OLES G 380 - 410 | Detective Owen's report |
| 87 | Owen 3 | OLES G 424 - 428 | Joseph O'Brien's Proffer Statement |
| 88 | Owen 4 | OLES G 1682 - 83<br>OLES G 1674<br>OLES G 932 - 62 | backup received from Tursack, Bentley and US Recycling re: alleged freight charges |
| 89 | Owen 5 | OLES G 429 - 432 | Harold Robinson's written statements |

| | | | |
|---|---|---|---|
| 90 | Owen 6 | OLES G 433 - 435 | David Oechsle's written statements |
| 91 | Owen 7 | OLES G 963 - 65<br>OLES G 977 - 1006<br>OLES G 1022 - 23<br>OLES G 1026 - 36 | documents obtained from First Union in response to Search Warrant re: Bogus account |
| 92 | Moderacki 3 | OLES F 408 - 423<br>OLES F 255 - 423 | ACCPAC invoice listing |
| 93 | Moderacki 4 | OLES G 6 | |
| 94 | Moderacki 6 | OLES F 16 | Spreadsheet - Funds in & out of RO X - $74,413.70 |
| 95 | Moderacki 7 | OLES D 15 | Spreadsheet - Misappropriated Funds (into BOGUS & GTD) - $99,751.29 |
| 96 | Moderacki 8 | OLES F 19 | Spreadsheet - demonstrates how RO X's repayments were credited to RO A/R |
| 97 | Moderacki 9 | OLES G 6 | Steve Swartz's spreadsheet re: A/R Adjustments & Missing Sales |
| 98 | Moderacki 10 | OLES G 4 - 5 | List of all diverted funds |
| 99 | Moderacki 11 | OLES H 112 | Spreadsheet of Oechsle's improper expenses |
| 100 | Moderacki 14 | OLES B 11 - 22 | Notes for meeting with Oechsle |
| 101 | Moderacki 15 | OLES C 23 | List of Oechsle's monthly gas charges during 2000 |
| 102 | Moderacki 16 | OLES B 6 - 7 | S. Stacharowski's notes re: meeting with Oechsle about expenses, resignation |
| 103 | Moderacki 17 | OLES D 11 | 9/27/01 Letter from M. Moderacki to Oechsle re: 2001 payment less deductions |
| 104 | Moderacki 21 | OLES G 2 | M. Moderacki's 6/13/01 Letter to Detective Owen |
| 105 | Moderacki 22 | OLES G 3 | M. Moderacki's 9/12/01 letter to Detective Owen |

| # | Exhibit | Bates | Description |
|---|---|---|---|
| 106 | Moderacki 23 | OLES G 7 - 10 | M. Moderacki's notes re: diversions into GTD |
| 107 | Moderacki 24 | OLES G 11 - 15 | Details re: diversions into various accounts |
| 108 | Moderacki 25 | OLES G 16 - 21 | Bank account detail - #27668046 (8/25/00 - 1/22/01) |
| 109 | Moderacki 25A | OLES H 7 - 22 | Oles Audit Report 9/26/99 & 9/27/98 |
| 110 | Moderacki 26 | OLES H 23 - 38 | Oles CONSOLIDATED Audit Report - 9/30/01 & 9/24/00 |
| 111 | Moderacki 29 | OLES H 56 - 57 | Ro LLC financials 9/01 |
| 112 | N/A | OLES H 39 - 40 | Ro LLC Financials 9/00 |
| 113 | Moderacki 30 | OLES F 72 - 78.5 | ACCPAC Adjustments & Credit Notes |
| 114 | Moderacki 31 | OLES F 424 - 427 | Examples of credit notes where payment made by customer |
| 115 |  | OLES A 1 - 416 | Closing Binder |
| 116 | Signorelli 1 |  | Ro Env Original Valuation Forecast based on historical numbers thru 10/1/99 |
| 117 | Signorelli 2 | OLES K 2 - 5 | 9/23/99 Proforma/projections prepared in support of $2,000,000 purchase price |
| 118 | Signorelli 3 | OLES K 6 - 11 | 4/29/99 Proforma/projections prepared in support of $2,000,000 purchase price |
| 119 | Signorelli 4 |  | Signorelli's 10/11/02 Report |
| 120 | Signorelli 5 |  | Signorelli's 6/6/03 |
| 121 | Signorelli 6 |  | EMA 10/01 Volume & Orders Report |
| 122 | Signorelli 7 |  | EMA 8/02 Volume & Orders Report |
| 123 | Signorelli 8 |  | 6/4/03 listing of Cash Outlays paid by Oles on behalf of Ro |
| 124 | Signorelli 9 |  | worksheet for cash outlays listing (Exhibit 8) |

| 125 | Signorelli 10 |  | Signorelli's handwritten notes from meeting with Mark Moderacki |
| 126 | Signorelli 11 |  | 8/30/02 Engagement Letter from Signorelli to W. Coe |
| 127 | Signorelli 12 |  | EMA - Index re: units in dollars (from EMA website) |
| 128 | Signorelli 13 |  | Details for Signorelli's underlying calculators |
| 129 | Signorelli 14 |  | Signorelli's handwritten notes from meeting with Mark Moderacki |
| 130 | Signorelli 15 |  | Schedule of Oles' bank and legal fees |
| 131 | Signorelli 16 | OLES K 1 - 406 | Larry Signorelli's entire file |
| 132 | Stacharowski 3 | OLES 358 - 360 | 2/1/01 Meeting Notes |
| 133 | Young 7 | OLES E 347 - 348 | 2/1/00 Memo from J. Young |
| 134 | Young 8 | OLES E 349 - 350 | 2/3/00 Memo form L. Henrich |
| 135 | Young 9 | OLES E 344 | 12/8/00 Memo |
| 136 | Young 10 | OLES E 343 | 12/5/00 Letter re: Ro X deliveries |
| 137 | Young 11 | OLES 345 | 12/21/00 J. Young email |

*300994v.3*