**DEFENDANTS' TRIAL EXHIBITS**

| Exhibit Number | Document or Deposition Number | Description |
|---|---|---|
| 1. | Oles K00006 – 11; Young Exh. 17 | Envelope Jet Shop Financial Analysis dated 4/29/99 |
| 2. | Oles K00003 – 5 | Envelope Jet Shop Financial Analysis dated 9/23/99 |
| 3. | Oles J00362 – 363; Young Exh. 19 | 5/5/99 Memo to Robinson and Oechsle from Stewart re: terms of sale |
| 4. | | RO Envelope Customer List dated 9/29/99 |
| 5. | Young Exh. 3 | 9/30/33 Letter to Jay Young from Dave Oechsle Re: RO Express |
| 6. | | Asset Purchase Agreement |
| 7. | Young Exh. 2 | Executive Employment Agreement of Harold Robinson |
| 8. | | Executive Employment Agreement of David Oechsle |
| 9. | Young Exh. 4 | Promissory Note |
| 10. | Young Exh. 5 | Guaranty Agreement |
| 11. | Young Exh. 6; Oles A00357 – 60 | Assumption Agreement |
| 12. | Oles B00025 | E-mail from Stewart to Oechsle dated 11/03/99 |
| 13. | DEF 00084 – 88 | Memo to Robinson and Oechsle from Hutson Re: Hutson visit to RO |
| 14. | Oles E00347 – 48; Young Exh. 7 | 02/01/00 Memo from Jay Young to Robinson and Oechsle Re: RO Envelope profitability |
| 15. | Oles E00349 – 50; Young Exh. 8 | 02/03/00 Memo to Jay Young, Dennis Stewart and John Hutson from Lisa Henrich Re: RO visit |
| 16. | DEF 00100; Young Exh. 26 | 02/15/00 Memo Re: RO Envelope |
| 17. | Oles O00372 – 380; Young Exh. 21; Pollack Exh. 1 | 02/23/00 Memo from Hutson to Oechsle, Robinson, Jay Young and Dennis Stewart Re: RO Preliminary Fiscal 2000 Plan |
| 18. | Oles G00006; Moderacki Exh. 9 | RO Envelope, LLC – list of missing sales which affect AR account prepared by Steve Schwartz on 09/01/00 |
| 19. | Young Exh. 27 | Chadwick Consulting Year 2000 Survey for RO Envelope, LLC dated 11/28/00 |
| 20. | Young Exh. 28; Jones Exh. 3 | Chadwick Consulting Year 2002 Survey for Oles Envelope Printing, LLC dated 05/23/02 |
| 21. | | Chadwick Consulting Year 2000 Survey for Oles Envelope Corporation |
| 22. | | Chadwick Consulting Year 2002 Survey for Oles Envelope Corporation |
| 23. | Oles E00343; Young Exh. 10 | 12/05/00 letter from RO Express to Jay Young Re: Delivery Contract |
| 24. | Oles E00344; Young Exh. 9 | Memo Re: RO visit dated 12/08/00 |

| Exhibit Number | Document or Deposition Number | Description |
|---|---|---|
| 25. | Oles E00345<br>Young Exh. 11 | E-mail from Oechsle to Young re: RO's Annual Raises dated 12/21/00 |
| 26. | Oles E00352;<br>Moderacki Exh. 12 | 01/16/01 – Moderacki handwritten notes |
| 27. | Oles E00353;<br>Moderacki Exh. 13 | 01/17/01 – RO Agenda |
| 28. | Oles E00346;<br>Stacharowski Exh. 1 | E-mail dated 01/29/01 from Stackarowski to Robinson and Oechsle Re: Van Driver |
| 29. | Oles G00001;<br>Moderacki Exh. 20 | 01/30/01 – Moderacki handwritten notes |
| 30. | Oles D00015<br>Moderacki Exh. 7 | Moderacki list of checks and disputed Oechsle expenses |
| 31. | Oles F00016;<br>Moderacki Exh. 6 | Excel spreadsheet re: checks diverted to bogus RO Express account prepared by Moderacki |
| 32. | Oles H00112<br>Moderacki Exh. 11;<br>Young Exh. 14 | Plaintiff's revised list of disputed expenses |
| 33. | Oles E00358 0 60<br>Stackarowski Exh. 3<br>Vicki Young Exh. 1 | Meeting agenda at RO Envelope dated 02/01/01 |
| 34. | Oles B00011 – 22;<br>Moderacki Exh. 14 | Memo entitled D.O. Expense Points dated 02/14/01, with attachments |
| 35. | Oles B00006;<br>Moderacki Exh. 16 | Stacharowski handwritten notes |
| 36. | Oles C00023;<br>Moderacki Exh. 15 | Document regarding disputed fuel charges |
| 37. | Oles B00007;<br>Moderacki Exh. 16 | 02/23/01 – Stacharowski's handwritten notes Re: meeting between Oechsle, Robinson, Vicki Young and Stacharowski regarding resignation of Oechsle |
| 38. | Oles B00008<br>Moderacki Exh. 17;<br>Young Exh. 15;<br>Stacharowski Exh.4 | Letter to Oechsle from Stacharowski dated 03/01/01 re: terms of resignation |
| 39. | Oles B00026 – 28;<br>Young Exh. 24 | Memo to Jay Young and Robinson from Stacharowski re: April 3, 2001 meeting dated 04/05/01 |
| 40. | Oles B00029 – 30;<br>Moderacki Exh. 32;<br>Vicki Young Exh. 8 | RO Envelope special account signature card dated 04/03/01 |
| 41. | Oles B00004 – 5;<br>Moderacki Exh. 19;<br>Young Exh. 13 | Memo to Robinson from Stacharowski re: Retirement Agreement dated 05/15/01 |
| 42. | Oles L00033 – 34;<br>Vicki Young Exh. 11 | American Express invoice for Oechsle credit card used by Vicki Young |

| Exhibit Number | Document or Deposition Number | Description |
|---|---|---|
| 43. | Oles D00004 | Letter from Moderacki to Robinson dated 06/01/01 Re: sums being transferred to Robinson's account |
| 44. | Oles B00001 – 3; Stacharowski Exh. 2; Young Exh. 23; Vicki Young Exh. 6 | Letter to Vicki Young from Kim Robinson dated 09/10/01 Re: Robinson's resignation |
| 45. | Oles G00003; Moderacki Exh. 22 | Letter to Philip Owen from Moderacki dated 09/12/01 |
| 46. | Oles D000011 | Letter from Moderacki to Oechsle dated 09/27/01 re: transfer of funds to Oechsle's account |
| 47. | Oles D00007 –8 | Letter from Scott Donahue to Moderacki dated 10/03/01 re: payment made to Oechsle for sale of company |
| 48. | Wendy Jones Exh. 2 | Wendy Jones Performance Evaluation dated 04/10/02 |
| 49. | DEF 00423 – 444 | RO Envelope Comparison by Account for years 2000, 2001 and 2002 dated 05/28/02 |
| 50. | DEF 00418 – 422; Young Exh. 22 Vicki Young Exh. 5 | RO Envelopes top fifty customers 2001 – actual sales vs. projected sales 2002 |
| 51. | Wendy Jones Exh. 4 | Letter from Stacharowski from Wendy Jones dated 07/22/02 re: layoff |
| 52. | Oles O00630 – 672 | RO Envelope, LLC Customer List dated 08/14/02 |
| 53. | Oles F00408 – 423; Moderacki Exh. 3 | Invoice Listing from ACC PAC system dated 09/25/02 |
| 54. | Oles F00072-78.5; Moderacki Exh. 30 | ACCPAC Adjustments and Credit Memos |
| 55. | MER 00033 – 41 | Memo to Mercantile Credit Dept. from C. Douglas Sawyer dated 09/27/02 Re: Oles Envelope Corp. |
| 56. | Oles O00595 | Typewritten notes regarding Oles Envelope Corp. 2002 Business Plan and Strategies |
| 57. | Oles O00381 – 495 | Backup documents relating to allegations against RO Express |
| 58. | Oles I00051 – 57 | RO Envelope, LLC – Tops Down Customer Sales for Company (Dec. 99 through Sept. 2000) |
| 59. | Oles O00745 – 749 | RO Envelope, LLC – Tops Down Customer Sales for Company (Oct. 2000 through Sept. 2001) |
| 60. | Oles O00740 – 744 | RO Envelope, LLC – Tops Down Customer Sales for Company (Oct. 2001 through May 2002) |
| 61. | | Plaintiff Oles Envelope, LLC's Answers to Def. Harold Robinson's Interrogatories |
| 62. | | Plaintiff Oles Envelope, LLC's Answers to Def. Dave Oechsle's Interrogatories |
| 63. | Moderacki Exh. 33 | Plaintiff Oles Envelope, LLC's Supplemental Answers to Def. Harold Robinson's Interrogatories |

| Exhibit Number | Document or Deposition Number | Description |
|---|---|---|
| 64. | | Supplemental Expert Report of Steven W. Oliner dated 06/18/03 |
| 65. | Moderacki Exh. 4 | Affidavit of Mark H. Moderacki dated 09/23/02 |
| 66. | | Affidavit of Mark H. Moderacki dated 09/04/03 |
| 67. | | Affidavit of John R. Young dated 09/05/03 |
| 68. | | Notice of Delinquency under Promissory Note to RO Envelope, LLC from Robinson dated 10/11/02 |
| 69. | | Notice of Default under Promissory Note to RO Envelope, LLC from Robinson dated 10/21/02 |
| 70. | Oles H00007 – 22 | Oles Envelope Corp. Financial Statements – 09/26/99 and 09/27/98 |
| 71. | Oles H00023 – 38 | Oles Envelope Corp. and Subsidiary Consolidated Financial Statements – 09/30/01 and 09/24/00 |
| 72. | Oles H00263 – 279 | Oles Envelope Corp. and Subsidiary Consolidated Financial Statements – 09/29/02 and 09/30/01 |
| 73. | Oles H00113 – 205; Moderacki Exh. 27 | Oles Envelope Corp. U.S. Income Tax Return for 1999 |
| 74. | Oles H00206 – 261; Moderacki Exh. 28 | Oles Envelope Corp. U.S. Income Tax Return for 2000 |
| 75. | Oles L00001 – 12 | Steven D. Schwartz & Assoc. invoices with additional invoice numbers 5452, 5487, 5505, and 5740 provided by Schwartz on 3/15/04 |
| 76. | Oles L00013 – 64 | Documents relating to assumed debt for computer equipment |
| 77. | Oles O00763 – 766 | Quotes prepared by OEC for RO Envelope for Fiscal Years 1999, 2000, 2001 and 2002 |
| 78. | Oles O00735-739 | Oles Pricing Tables dated 5/30/01 |
| 79. | O'Brien Exh. 5 | RO Express checks made payable to cash |
| 80. | O'Brien Exh. 3 | RO Express bogus account opening information |
| 81. | O'Brien Exh. 3, Tab 2 | RO Express bogus account bank statements |
| 82. | O'Brien Exh. 3, Tab 3 | RO Express bogus account deposits |
| 83. | O'Brien Exh. 3, Tab 4 | RO Express bogus account check copies in chronological order |
| 84. | O'Brien Exh. 3, Tab 5 | 11/20/00 – 11/30/00 Statement with checks and deposits |
| 85. | O'Brien Exh. 3, Tab 6 | 12/01/00 – 12/29/00 Statement with checks and deposits |
| 86. | O'Brien Exh. 3, Tab 7 | 12/30/00 – 01/31/01 Statement with checks and deposits |
| 87. | O'Brien Exh. 3, Tab 8 | IRS checks |
| 88. | O'Brien Exh. 4, Tabs 1-42 | Oles disputed checks |
| 89. | Oles M00001 – 68 | Plaintiff's disputed RO Express charges |

| Exhibit Number | Document or Deposition Number | Description |
|---|---|---|
| 90. | | RO Envelope, LLC Financials |
| 91. | | Oles Envelope Corp. Financials |
| 92. | Oles N00001 – 76 | J. Young calendar - 2001 |

::ODMA\PCDOCS\BALT01\812417\1

*302431*

5