IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OLES ENVELOPE, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | |
| GTD COMPANY, INC., et al., | * | Civil Action No. WMN 02-2017 |
| Defendants. | * | |

*   *   *   *   *   *   *   *   *   *   *   *

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Counter-Defendants, by their undersigned attorneys and Defendants and Counter-Plaintiffs, by their undersigned attorneys, here by stipulate that all claims and counterclaims in this matter shall be dismissed pursuant to Rule 41(a)(1)(ii) with prejudice, each party to bear its own costs.

_____/s/_____          _____/s/_____
Ward B. Coe, III (#00282)                Jefferson V. Wright (#00990)
Jennifer Ryan Lazenby (#25886)           Tessa Laspia Frederick (#25374)
Whiteford, Taylor & Preston, L.L.P.      Miles & Stockbridge P.C.
Seven Saint Paul Street                  10 Light Street, Suite 1200
Baltimore, Maryland 21202                Baltimore, Maryland 21202
(410) 347-8700                           (410) 727-6464

Attorneys for Plaintiffs,                Attorneys for Defendants,
Oles Envelope, LLC and                   GTD Company, Inc., Harold Robinson
Oles Envelope Corporation                and David Oechsle

SO ORDERED, this _____ day of _____, 2004:

_____
**Judge, United States District Court
for the District of Maryland**